# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL MANCHANDA,<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE, YAHOO, MICROSOFT BING,<br><br>*Defendants.* | Index No. CV-005886-16/NY<br><br>Case No._____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1338, 1441, and 1446, Defendant Yahoo! Inc. ("Yahoo"), erroneously named in the Complaint as "Yahoo," by and through its attorneys, hereby notices the removal of this case from the Civil Court of the City of New York, County of New York to the United States District Court for the Southern District of New York. In support of this Notice of Removal, Yahoo states as follows:

1.    On April 4, 2016, Plaintiff, Rahul Manchanda ("Plaintiff" or "Manchanda") filed a Complaint in Civil Court of the City of New York, County of New York bearing the caption *Rahul Manchanda v. Google, Yahoo, Microsoft Bing*, Index No. CV-005886-16/NY (the "State Court Action").

2.    Yahoo was served with and first received a copy of the Summons and Complaint on April 5, 2016.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Yahoo in the State Court Action are attached as **Exhibit 1**.

3.    This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1), including because it has been filed within thirty days of service of the Summons and Complaint.

4.      Although the Summons provided that Yahoo respond within 20 days of service, Plaintiff agreed to extend the deadline for responding by an additional 21 days.

5.      This Court has original jurisdiction over the Action pursuant to 28 U.S.C. §§ 1331 and 1338 because the Complaint requests relief under the Lanham Act, 15 U.S.C. § 1125 and Civil RICO Act, 18 U.S.C. § 1964.

6.      Plaintiff bases virtually all of his claims on the allegedly unauthorized use of Plaintiff's putative federal trademark registrations, and insofar as any of Plaintiff's claims can somehow be construed as a proper request for relief under state law only, such claims are so related to the claims for which this Court has original jurisdiction that they form part of the same case or controversy. As such, this Court may exercise supplemental jurisdiction under 28 U.S.C. § 1367.

7.      As the United States District Court embracing the place where the Action is pending in state court, this Court is appropriate for removal under 28 U.S.C. § 1441(a).

8.      Counsel for Yahoo has been in contact with counsel for defendants Microsoft and Google, and although neither believes they were properly served with the complaint, they both consent to removal; therefore, removal is proper under 28 U.S.C. § 1446(b)(2).

9.      This Notice of Removal will be filed and served as required by 28 U.S.C. § 1446(d). A copy of the Notice of Removal to Federal Court that will be filed in the state court is attached as **Exhibit 2**.

10.     By filing this Notice of Removal, Defendant does not waive, and hereby expressly reserves, the right to assert any defense or motion available in this action after it is removed to this Court.

**WHEREFORE**, Yahoo prays that this action, in its entirety, be removed to the United States District Court for the Southern District of New York.

Dated May 5, 2016.

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ Jeremy A. Schachter*
Jeremy A. Schachter (JS 2181)
The Grace Building
1114 Avenue of the Americas
21st Floor
New York, New York 10036
Telephone: (212) 775-8750
jschachter@kilpatricktownsend.com

Dennis Wilson (*pro hac vice* application
forthcoming)
Caroline Barbee (*pro hac vice* application
forthcoming)
9720 Wilshire Blvd PH
Beverly Hills, California 90212
Telephone: (310) 777-3740
dwilson@kilpatricktownsend.com
cbarbee@kilpatricktownsend.com

*Attorneys for Defendant Yahoo Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 5th day of May, 2016, I served a copy of the foregoing

**Notice of Removal of Civil Action** upon counsel for Plaintiff by first class mail addressed as

follows:

> Rahul D. Manchanda, Esq.
> MANCHANDA LAW OFFICE PLLC
> 30 Wall Street, 8th Floor
> New York, New York 10005

A copy was also served via email to RDM@MANCHANDA-LAW.COM.


*/s/ Jeremy A. Schachter*
Jeremy A. Schachter

# EXHIBIT 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------x

RAHUL MANCHANDA,

                    Plaintiff,                    SUMMONS                    2016

-against-

GOOGLE, YAHOO, MICROSOFT BING,          Plaintiff's Business Address:
                                        30 Wall Street, 8th Floor
                                        New York, NY 10005
                    Defendants.
                                        The basis of the venue is the
                                        Plaintiff place of business

-----------------------------------x

*FILED*
APR 04 2016
NEW YORK COUNTY
Index No CIVIL COURT
005886

To the Above-named Defendants:

      YOU ARE HEREBY SUMMONED to appear in the Civil Court of the
City of New York, County of New York at the office of the said court
at 111 Centre Street, New York, New York, 10013, in the County of
New York, within the time provided by the law as noted below and to
file your answer to the annexed complaint with the Clerk; upon your
failure to answer, judgment will be taken against you together with
the costs of this action.


Dated: New York, New York
       April 1, 2016
                                        _____
                                        Manchanda Law Office PLLC
Yahoo                 Google            By: Rahul Manchanda, Esq.
229 W 43rd St         111 Eighth Ave    30 Wall Street, 8th Floor
New York NY 10036     New York NY 10011 New York, New York 10005
                                        Tel: (212) 968-8600
Microsoft Bing
11 Times Square
New York NY 10036

NOTE: The law provides that (a) if this summons is served by its
delivery to you personally within the City of New York, you must
appear and answer within TWENTY (20) days after such service; or

      (b) if this summons is served by delivery to any person other
than you personally, or is served outside the City of New York, or
by publication, or by any means other than personal delivery to you
within the City of New York, you are allowed THIRTY (30) days after
proof of service thereof is filed with the Clerk of the Court within
which to appear and answer.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------x

RAHUL MANCHANDA,

                        **Plaintiff,**        <u>COMPLAINT</u>

-against-
                                    **Index No.:**
GOOGLE, YAHOO, MICROSOFT BING,


                        **Defendants.**
-------------------------------------x

Plaintiff, Rahul Manchanda, for its complaint against defendants, GOOGLE, YAHOO, MICROSOFT BING, alleges:


1.    Plaintiff, at all times relevant hereto, was and is a lawyer located at 30 Wall Street, 8th Floor, New York NY 10005, who provides legal and real estate broker services. Defendants Yahoo, Google, Microsoft Bing are located at 701 First Avenue Sunnyvale CA 94089, 1600 Amphitheatre Parkway Mt View CA 94043, 1 Microsoft Way Redmond WA 98052 respectively.


2.    Plaintiff was defamed wildly on Google wherein Google Adwords is making money off of my protected Trademarks "RAHUL MANCHANDA" (USPTO 4485094) and "MANCHANDA LAW OFFICE" (USPTO 4504612) to the tune of almost $13 per click. See the attached screenshots and official trademarks (Exhibit A).


3.    This is of course, as you know, unacceptable and is a *prima*

violation of my protected marks.

4.  Since Plaintiff has documentary proof that Google is not only making
    a ton of money using my trademarks but they are also listing my
    trademarks when people search for my trademarks as separate listings,
    thus marketing my trademarks on their own, without my input, knowledge
    or permission.

5.  This forces me to raise my bids against Google and others for my own
    protected trademarks. See the attached Exhibit A.

5a.  In addition to claiming likelihood of confusion, a trademark owner may
     claim trademark "dilution," asserting that it owns a famous mark and
     the use of the mark diminishes the strength or value of the trademark
     owner's mark by "blurring" the mark's distinctiveness or "tarnishing"
     the mark's image by connecting it to something distasteful or
     objectionable-even if there is no likelihood of confusion.

6.  Plaintiff is requesting the removal or de-indexing of the links I
    provided to them from their Google Listings the following links which
    infringe my trademarks, or face a trademark infringement suit:

http://www.ripoffreport.com/r/Manchanda-Law-Offices-Rahul-Manchanda/New-Yo
rk-New-York-10005/Manchanda-Law-Offices-Rahul-Manchanda-Lets-unite-and-fig
ht-this-guy-I-already-won-a-fee-337859

http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manchanda-Rah
ul-Dev-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-Manchanda-F-1065994

http://nypost.com/2015/06/01/woman-says-man-from-sugar-daddy-site-threaten
ed-to-kill-her/

http://www.complaintsboard.com/complaints/manchanda-law-office-pll
c-new-york-new-york-c382370.html

http://usacomplaints.com/shops-trade/594091-manchanda-law-firm-rah
ul-manchanda-complaints-reviews.html

http://www.ripoffreport.com/r/Manchanda-Law/New-York-New-York-1000
5/Manchanda-Law-Offices-Worst-Immigration-and-Deportation-Attorney
-New-York-New-York-282791.

7.   Similarly Plaintiff has requested that Microsoft Bing, also
     benefitting as above with their advertising, similarly remove
     or de-index the following links:

http://www.ripoffreport.com/reports/directory/rahul-manchanda

http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manch
anda-Rahul-Dev-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-M
anchanda-F-1065994

http://nypost.com/2015/06/01/woman-says-man-from-sugar-daddy-site-
threatened-to-kill-her/

http://www.complaintsboard.com/complaints/manchanda-law-office-pll
c-new-york-new-york-c382370.html

http://www.ripoffreport.com/r/manchanda-law-offices-rahul-manchand
a/new-york-new-york-10005/manchanda-law-offices-rahul-manchanda-le
ts-unite-and-fight-this-guy-i-already-won-a-fee-337859

http://www.complaintsboard.com/complaints/manchanda-law-office-pll
c-new-york-new-york-c382370.html

http://www.scamorg.com/manchanda-law-offices-amp-associates-pllc-cd

8.   Finally Plaintiff has made the same request to Yahoo to remove
     or de-index the following links as well:

http://nypost.com/2015/06/01/woman-says-man-from-sugar-daddy-site-
threatened-to-kill-her/

http://www.ripoffreport.com/r/Manchanda-Law-Offices-Rahul-Manchand
a/New-York-New-York-10005/Manchanda-Law-Offices-Rahul-Manchanda-Le
ts-unite-and-fight-this-guy-I-already-won-a-fee-337859

http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manch
anda-Rahul-Dev-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-M
anchanda-F-1065994

http://www.complaintsboard.com/complaints/manchanda-law-office-pll
c-new-york-new-york-c382370.html

http://usacomplaints.com/shops-trade/594091-manchanda-law-firm-rah
ul-manchanda-complaints-reviews.html

a.    Needless to say, Google, Yahoo and Microsoft Bing to show case
      defamatory, slanderous, and libelous links which contained
      multiple instances of erroneous information, poorly performed
      research, non-corroborated statements, defamatory portrayals of
      Plaintiff,   reckless   disregard   for   the   truth,   negligent
      disregard for the truth, sensationalism aimed at capitalizing
      on Plaintiff's quasi-celebrity status to sell newspapers and
      attract people to their paid print and online advertisements,
      violations of his USPTO registered Trademarks (Rahul Manchanda
      USPTO Reg No 4,485,094 and Manchanda Law Office USPTO Reg No
      4,504,612) in order to divert search engine revenue derived
      from Plaintiff's Trademark to their website in order for people
      to   view   and   buy   their   advertised   products,   confusing
      Plaintiff's customers when typing in his name on the search
      engines in order to be diverted to their websites where they
      view   and   purchase   their   own   paid   advertising   clients
      information, and other torts.

10.   The remedies for trademark infringement which can be brought in
      either   state   or   federal   court   under   the   Lanham   Act   are
      statutory   and   consist   of:   (a)   injunctive   relief;   (b)   an
      accounting for profits; (c) damages, including the possibility
      of   treble   damages   when   appropriate;   (d)   attorney's   fees   in

"exceptional cases;" and costs. These remedies are cumulative, meaning that a successful plaintiff may recover the Defendants's profits in addition to any damages, or other remedies awarded.

11. Invisible meta-tags used to lure internet search engines using a trademark is a "use in commerce" of the trademark. *North American Medical Corporation v. Axiom Worldwide, Inc.* (9th Cir. April 7, 2008).

12. As a result Plaintiff has suffered severe emotional distress, loss of business and personal relationships, has driven him further into bankruptcy and financial strife, loss of credibility, destroyed his relationships with family and friends, and has otherwise made him into an online pariah.

13. Due to the Defendants' illegal and unethical actions, misconduct, and bad behavior as described above, Plaintiff has been damaged in multiple claims each in an amount of $25,000 in actual and proximate damages, with punitive damages to be determined at trial.

14. Punitive Damages may be awarded when the fact-finder determines that the Defendants' conduct was wanton and reckless or malicious. Punitive damages may be awarded for conduct that represents a high degree of immorality and shows such wanton

dishonesty as to imply a criminal indifference to civil obligations. The purpose of punitive damages is not to compensate the plaintiff but to punish the Defendants for wanton and reckless or malicious acts and thereby to discourage the Defendants and others from acting in a similar way in the future. An act is malicious when it is done deliberately with knowledge of the plaintiff's rights, and with the intent to interfere with those rights. An act is wanton and reckless when it demonstrates conscious indifference and utter disregard of its effect upon the health, safety and rights of others. Punitive damages awards must be proportionate to the conduct of the Defendants as well as the harm to plaintiff, and must not be grossly excessive such that it would violate due process. When evaluating whether to invalidate a punitive damages award, courts consider the following factors: the degree of reprehensibility; the disparity between the harm or potential harm suffered and the punitive damages award; and the difference between this remedy and the civil penalties authorized or imposed in comparable cases. Punitive damages may not be covered by insurance in New York as a matter of public policy. *Hartford Acc. & Indem. Co. v. Vill. of Hempstead*, 48 N.Y.2d 218, 227, 397 N.E.2d 737 (1979).

**WHEREFORE**, Plaintiff requests a judgment against Defendants Google, Yahoo, and Microsoft Bing to de-index or remove the above referenced links from their search engines as well as:

a.  On the first cause of action, **Defamation**, a judgment declaring that Defendants unlawfully defamed Plaintiff to the tune of $25,000;

b.  On the second cause of action, **Libel**, a judgment declaring that Defendants unlawfully libeled Plaintiff to the tune of $25,000;

c.  On the second cause of action, **Slander**, a judgment declaring that Defendants unlawfully slandered Plaintiff to the tune of $25,000;

d.  On the Third cause of action, **Tortious Interference with Contract**, a judgment declaring that due to Defendants' actions Plaintiff has been unable to secure additional contracts with clients in damages of $25,000;

e.  On the Fourth cause of action, **Breach of Fiduciary Duty**, a judgment declaring that Defendants caused injury to Plaintiff in damages of $25,000;

f.  On the Fifth cause of action, **Breach of the Duty of Loyalty**, a judgment declaring that due to Defendants' disloyal actions Plaintiff has been irreparably damaged in damages of $25,000;

g.  On the Sixth cause of action, **Unfair Trade Practices**, a

judgment declaring that due to Defendants' actions Plaintiff has been irreparably damaged in damages of $25,000;

On the Seventh cause of action, **False Advertising**, a judgment declaring that due to Defendants' actions Plaintiff has been irreparably damaged in damages of $25,000;

On the Eighth cause of action, **Unlawful Trespass**, a judgment declaring that due to Defendants' actions he has been irreparably damaged in damages of $25,000;

On the Ninth cause of action, **Civil RICO**, a judgment declaring that due to Defendants' actions Plaintiff has been irreparably damaged in damages of $25,000;

On the Tenth cause of action, **Unjust Enrichment**, a judgment declaring that due to Defendants' actions Plaintiff has been irreparably damaged in damages of $25,000;

On the Eleventh cause of action, **Intentional Infliction of Emotional Distress**, a judgment declaring that due to Defendants' actions Plaintiff has been irreparably damaged in damages of $25,000;

On the Twelfth cause of action, **Negligent Infliction of**

**Emotional Distress**, a judgment declaring that due to Defendants' actions Plaintiff has been irreparably damaged in damages of $25,000;

On the Thirteenth cause of action, **Trademark Infringement** in violation of the Lanham Act and other relevant statutes of my USPTO registered Trademarks (Rahul Manchanda USPTO Reg No 4,485,094 and Manchanda Law Office USPTO Reg No 4,504,612) in order to divert search engine revenue derived from my Trademarks/Advertising to them and to manipulate the search engine value of my trademarks on the internet, in order for people to buy their advertised products, confusing my customers to be diverted to their website where they consume their own paid ads for $25,000, including but not limited to an injunction, treble damages, attorneys fees, and an accounting for profits thereon.

Such other and further relief as the Court deems just and proper, including applicable interest and the costs and disbursements of this action.

New York, NY

Dated: April 2, 2016

Rahul Manchanda, Esq.

# EXHIBIT A

Subject: YAHOO ADS USE OF MY PROTECTED TRADEMARKS TO MAKE MONEY FOR YAHOO
From: "Rahul Manchanda, Esq." <rdm@manchanda-law.com>
Date: 4/1/2016 6:16 PM
To: trademarkcomplaints@cc.yahoo-inc.com
BCC: rdm@manchanda-law.com

Dear Yahoo Ads Trademark Legal team:

It has come to my attention that Yahoo Ads is making money off of my protected
Trademarks "RAHUL MANCHANDA" (USPTO 4485094) and "MANCHANDA LAW OFFICE"
(USPTO 4504612) to the tune of almost $13 per click. See the attached screenshots and
official trademarks. This is of course, as you know, unacceptable and is a *prima facie* violation
of my protected marks. Please remove or de-index from your Yahoo Listings the following
links which infringe my trademarks or I will be forced to file a trademark infringement suit:

http://nypost.com/2015/06/01/woman-says-man-from-sugar-daddy-site-threatened-
to-kill-her/

http://www.ripoffreport.com/r/Manchanda-Law-Offices-Rahul-Manchanda/New-York-
New-York-10005/Manchanda-Law-Offices-Rahul-Manchanda-Lets-unite-and-fight-this-guy
who-nly-won-a-fee-337859

http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manchanda-Rahul-
Bey-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-Manchanda-F-106599

http://www.complaintsboard.com/complaints/manchanda-law-office-pllc-new-york-new-
york-c382370.html

http://usacomplaints.com/shops-trade/594091-manchanda-law-firm-rahul-manchanda-
complaints-reviews.html

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

BOOK CONSULTATION ONLINE AT https://squareup.com/appointments/book/YUJAEI/manchan...

This electronic transmission is both personal and confidential, and contains privil

Attention: All foreign nationals (permanent residents and children included) are re

Download our Immigration Law Firm Brochure at
http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf

Screenshot (113).png

4/2/2016 10:23 P...

**Subject:** MICROSOFT BING ADS USE OF MY PROTECTED TRADEMARKS TO MAKE MONEY FOR MICROSOFT BING ADS
**From:** "Rahul Manchanda, Esq." <rdm@manchanda-law.com>
**Date:** 4/1/2016 6:03 PM
**To:** Buscond@microsoft.com, legal@microsoft.com
**BCC:** rdm@manchanda-law.com

Dear Microsoft Bing Ads Trademark Legal team:

It has come to my attention that Microsoft Bing Ads is making money off of my protected Trademarks "RAHUL MANCHANDA" (USPTO 4485094) and "MANCHANDA LAW OFFICE" (USPTO 4504612) to the tune of almost $13 per click. See the attached screenshots and official trademarks. This is of course, as you know, unacceptable and is a *prima facie* violation of my protected marks. Please remove or de-index from your Microsoft Bing Search Listings the following links which infringe my trademarks or I will be forced to file a trademark infringement suit:

http://www.ripoffreport.com/reports/directory/rahul-manchanda

http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manchanda-Rahul-Dev-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-Manchanda-F 1065994

http://nypost.com/2015/06/01/woman-says-man-from-sugar-daddy-site-threatened-to-kill-her/

http://www.complaintsboard.com/complaints/manchanda-law-office-pllc-new-york-new-york-c382370.html

http://www.ripoffreport.com/r/manchanda-law-offices-rahul-manchanda/new-york-new-york-10005/manchanda-law-offices-rahul-manchanda-lets-unite-and-fight-this-guy-who-already-won-a-fee-337859

http://www.complaintsboard.com/complaints/manchanda-law-office-pllc-new-york-new-york-c382370.html

http://www.scamorg.com/manchanda-law-offices-amp-associates-pllc-cd

Kind regards,


Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor

New York, New York 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

BOOK CONSULTATION ONLINE AT https://squareup.com/appointments/book/YUJAEI/manchanda

This electronic transmission is both personal and confidential, and contains privil

Attention: All foreign nationals (permanent residents and children included) are re

Download our Immigration Law Firm Brochure at
http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf

Screenshot (114).png

**Subject:** GOOGLE ADWORDS USE OF MY PROTECTED TRADEMARKS TO MAKE MONEY FOR GOOGLE
**From:** "Rahul Manchanda, Esq." <rdm@manchanda-law.com>
**Date:** 4/1/2016 5:43 PM
**To:** ads-trademarks@google.com
**BCC:** rdm@manchanda-law.com

Dear Google Ads Trademarks Legal team:

It has come to my attention that Google Adwords is making money off of my protected Trademarks "RAHUL MANCHANDA" (USPTO 4485094) and "MANCHANDA LAW OFFICE" (USPTO 4504612) to the tune of almost $13 per click. See the attached screenshots and official trademarks. This is of course, as you know, unacceptable and is a *prima facie* violation of my protected marks. Please immediately remove or de-index from your Google Listings the following links which infringe my trademarks or I will be forced to file a trademark infringement suit:

http://www.ripoffreport.com/r/Manchanda-Law-Offices-Rahul-Manchanda/New-York-New York-10005/Manchanda-Law-Offices-Rahul-Manchanda-Lets-unite-and-fight-this-guy-I-already-won-a-fee-337859

http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manchanda-Rahul-Dev Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-Manchanda-F 1065994

http://nypost.com/2015/06/01/woman-says-man-from-sugar-daddy-site-threatened-to-kill-her/

http://www.complaintsboard.com/complaints/manchanda-law-office-pllc-new-york-new york-c382370.html

http://usacomplaints.com/shops-trade/594091-manchanda-law-firm-rahul-manchanda-complaints-reviews.html

http://www.ripoffreport.com/r/Manchanda-Law/New-York-New-York-10005/Manchanda-Law-Offices-Worst-Immigration-and-Deportation-Attorney-New-York-New-York-282793

Kind regards,

- -
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600
Mob: (646) 645-0993

Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

BOOK CONSULTATION ONLINE AT https://squareup.com/appointments/book/YUJAEI/manchand

This electronic transmission is both personal and confidential, and contains privil

Attention: All foreign nationals (permanent residents and children included) are re

Download our Immigration Law Firm Brochure at
http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf


Screenshot (114).png

# United States of America
## United States Patent and Trademark Office

# RAHUL MANCHANDA

**Reg. No. 4,485,094**
**Registered Feb. 18, 2014**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RAHUL D. MANCHANDA (UNITED STATES INDIVIDUAL)
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 3-1-2002; IN COMMERCE 3-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "RAHUL MANCHANDA" IDENTIFIES A LIVING INDIVIDUAL WHOSE CON-
SENT IS OF RECORD.

SER. NO. 86-010,070, FILED 7-15-2013.

MELISSA VALLILLO, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MANCHANDA LAW OFFICES

**Reg. No. 4,504,612**

**Registered Apr. 1, 2014**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RAHUL D. MANCHANDA (UNITED STATES INDIVIDUAL)
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 3-1-2002; IN COMMERCE 3-1-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LAW OFFICES", APART FROM THE MARK AS SHOWN.

SEC. 2(F)

SER. NO. 86-010,076, FILED 7-15-2013.

MELISSA VALLILLO, EXAMINING ATTORNEY



Michelle K. Lee

Deputy Director of the United States
Patent and Trademark Office

| Keyword | Campaign | Ad group | Status | Bid strategy | Max. CPC | Clicks | Impr. | CTR | Avg. Pos. | Qual. score | Match type | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total - Search | | | | | | 4 | 70 | 5.71% | 2.5 | -- | -- | $19.14 |
| [IMMIGRATION LAWYER] | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | | $6.00 | 3 | 44 | 6.82% | 2.6 | 7/10 | Exact | $13.18 |
| [IMMIGRATION ATTORNEY] | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | | $6.00 | 0 | 2 | 0.00% | 2.3 | 4/10 | Exact | $0.00 |
| [FREE IMMIGRATION CONSULTATION] | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | | $20.00 | 0 | 4 | 25.00% | 1.0 | 5/10 | Exact | $5.96 |
| RAHUL MANCHANDA | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | | $6.00 | 0 | 2 | 0.00% | 2.0 | 3/10 | Broad | $0.00 |
| [NEW YORK IMMIGRATION ATTORNEY] | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | | $6.00 | 0 | 2 | 0.00% | 3.1 | 1/10 | Exact | $0.00 |

google com

| | | Keyword | Campaign | Ad group | Status | Max. ↓ CPC | Clicks | Impr | CTR | Avg. Pos. | Qual. score | Match type | Cost | Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total - Search | | | | | 5 | 160 | 3.12% | 3.1 | -- | -- | $24.11 | |
| ☐ | | RAHUL MANCHANDA | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | $20.00 | 0 | 9 | 0.00% | 1.0 | 3/10 | Broad | $0.00 | |
| ☐ | | MANCHANDA LAW OFFICES | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | $20.00 | 2 | 1 | 200.00% | 1.0 | 5/10 | Broad | $8.82 | |
| ☐ | | MANCHANDA LAW OFFICE | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | $20.00 | 0 | 1 | 0.00% | 1.0 | 5/10 | Broad | $0.00 | |
| ☐ | | MANCHANDA LAW OFFICES PLLC | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | $20.00 | 0 | 0 | 0.00% | 0.0 | 6/10 | Broad | $0.00 | |
| ☐ | | MANCHANDA LAW OFFICE COMPLAINTS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | $20.00 | 0 | 0 | 0.00% | 0.0 | 6/10 | Broad | $0.00 | |
| ☐ | | MANCHANDA LAW OFFICE REVIEWS | | | | $20.00 | 0 | 0 | 0.00% | 0.0 | 6/10 | Broad | $0.00 | |

google.com ☆ 🖾

| | | Keyword | Campaign | Ad group | Status | Max ↓ CPC | Clicks | Impr. | CTR | Avg. Pos. | Qual. score | Match type | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERS N | | | | | | | | | | | | | |
| | | Total — Search | | | | 5 | 160 | 0.12% | 3.1 | | | | $24.11 |
| | | | THE USA | THE USA | | | | | | | | | |
| | ⊕ | RAHUL MANCHANDA COMPLAINTS | EEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | $20.00 | 0 | 0 | 0.00% | 0.0 | 6/10 | Broad | $0.00 |
| | ⊕ | RAHUL MANCHANDA REVIEWS | EEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | $20.00 | 0 | 0 | 0.00% | 0.0 | 6/10 | Broad | $0.00 |
| | II | | | | Paused | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | IMMIGRATION ATTORNEYS | | | Eligible | $6.00 | 0 | 1 | 0.00% | 4.0 | 6/10 | Exact | $0.00 |

microsoft.com

| | ☼ | Keyword | Campaign | Ad group | Delivery ⓘ | | ↓ Bid ⓘ | Match type | Clicks | Impr. ⓘ | CTR ⓘ | Avg. CPC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Overall total - 154 keywords | | | | | | | 4 | 173 | 2.31% | 3. |
| ☐ | ⊘ | RAHUL MANCHANDA REVIEWS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | ⋯ | 20.00 ∿ | Broad | | 17 | 0.00% | |
| ☐ | ⊘ | RAHUL MANCHANDA COMPLAINTS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligble | ⋯ | 20.00 ∿ | Broad | | 19 | 0.00% | |
| ☐ | ⊘ | MANCHANDA LAW OFFICE REVIEWS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | ⋯ | 20.00 ∿ | Broad | | | 0.00% | |
| ☐ | ⊘ | MANCHANDA LAW OFFICE COMPLAINTS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | ⋯ | 20.00 ∿ | Broad | | 2 | 0.00% | |
| ☐ | ⊘ | RAHUL MANCHANDA | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Elig ble | ⋯ | 20.00 ∿ | Broad | | | 0.00% | |
| ☐ | ⊘ | MANCHANDA LAW OFFICES FLLC | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Elig ble | ⋯ | 20.00 ∿ | Broad | | | 0.00% | |
| ☐ | ⊘ | MANCHANDA LAW OFFICES | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligble | ⋯ | 20.00 ∿ | Broad | | | 0.00% | |
| ☐ | ⊘ | MANCHANDA LAW OFFICE | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligble | ⋯ | 20.00 ∿ | Broad | | | 0.00% | |

| | | Keyword | Campaign | Ad group | Delivery | | ↓ Bid | Match type | Clicks | Impr. | CTR | Avg. CPC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | Overall total - 154 keywords | | | | | | | 4 | 173 | 2.31% | 2. |
| ☐ | ⊘ | RAHUL MANCHANDA REVIEWS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | ⋯ | 20.00 ∿ | Broad | 0 | 17 | 0.00% | 0 |
| ☐ | ⊘ | RAHUL MANCHANDA COMPLAINTS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | ⋯ | 20.00 ∿ | Broad | 0 | 19 | 0.00% | 0 |
| ☐ | ⊘ | MANCHANDA LAW OFFICE REVIEWS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | ⋯ | 20.00 ∿ | Broad | 0 | 1 | 0.00% | 0 |
| ☐ | ⊘ | MANCHANDA LAW OFFICE COMPLAINTS | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Low search volume | ⋯ | 20.00 ∿ | Broad | 0 | 2 | 0.00% | 0 |
| ☐ | ⊘ | RAHUL MANCHANDA | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | ⋯ | 20.00 ∿ | Broad | 0 | 1 | 0.00% | 0 |
| ☐ | ⊘ | MANCHANDA LAW OFFICES PLLC | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | ⋯ | 20.00 | Broad | 0 | 1 | 0.00% | 0 |
| ☐ | ⊘ | MANCHANDA LAW OFFICES | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | ⋯ | 20.00 ∿ | Broad | 0 | 1 | 0.00% | 0 |
| ☐ | ⊘ | MANCHANDA LAW OFFICES | BEST IMMIGRATION LAWYERS IN THE USA | BEST IMMIGRATION LAWYERS IN THE USA | Eligible | ⋯ | 20.00 ∿ | Broad | 0 | 1 | 0.00% | 0 |

Your ads aren't receiving as many impressions as possible. Click here to view the high priority lists and the ad delivery status to fix the issue

# All Campaigns

Campaigns   Ad Groups   Settings   Ads   **Keywords**   Audienc...   Ad Extensions   Product Targets   Change History   Dimensions

View Keywords ▾   📊

| | **Add keywords** | Edit ▾ | Details ▾ | Automate ▾ | ⬇ Download | All keywords ▾ | ||| Columns ▾ | ▼ Filters ▾ | Keyword Text | 🔍 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ✅ | Keyword | Campaign | Ad group | Delivery ❓ | | Bid ❓ | Match ❓ type | Clicks ❓ | ↓ Impr. ❓ | CTR ❓ | Av CP |
| | | Overall total - 154 keywords | | | | | | | 2 | 403 | 0.50% | |
| ☐ | ✅ | R-HUL MANCHANDA PE EWS | BEST MIGRATION LAWYERS IN THE USA | BEST MIGRATION LAWYERS IN THE USA | Low search vo ume | ... | 20.00 ⤴ | Broad | - | 247 | 0.40% | |
| ☐ | ◎ | | | | Eligib e | ... | 20.00 ⤴ | | 1 | -- | 0.00 | |
| ☐ | ◎ | MANCHANDA OFFICE REVIEW | BEST MIGRAT | BEST IMMIGRAT | Low search vo ume | ... | 20.00 ⤴ | | 1 | -- | 0.00% | |
| ☐ | ◎ | MANCHANDA LA EP | | | Eligib e | ... | 0.00 ⤴ | Exac | 1 | 1 | 0.00 | |

# EXHIBIT 2

## CIVIL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

RAHUL MANCHANDA,

                *Plaintiff,*

-against-

GOOGLE, YAHOO, MICROSOFT BING,

                *Defendants.*

Index No. CV-005886-16/NY

Case No._____

**NOTICE OF REMOVAL TO FEDERAL COURT**

       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1338, 1441, and 1446, Defendant Yahoo! Inc., by and through its attorneys, and with full reservation of any and all defenses, objections, and exceptions, have filed a Notice of Removal of Civil Action in the United States District Court for the Southern District of New York on May 5, 2016. A copy of said Notice of Removal of Civil Action and its corresponding exhibits is attached as **Exhibit A**.

       Dated: May 5, 2016
           New York, NY

                KILPATRICK TOWNSEND & STOCKTON LLP

                _____
                Jeremy A. Schachter
                The Grace Building
                1114 Avenue of the Americas
                21st Floor
                New York, New York 10036
                Telephone: (212) 775-8750
                jschachter@kilpatricktownsend.com

                Dennis Wilson

Caroline Barbee
Kilpatrick Townsend & Stockton LLP
9720 Wilshire Blvd PH
Beverly Hills, California 90212
Telephone: (310) 777-3740
dwilson@kilpatricktownsend.com
cbarbee@kilpatricktownsend.com

*Attorneys for Defendant Yahoo Inc.*

## AFFIRMATION OF SERVICE

Jeremy A. Schachter, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms the following:

On this 5th day of May, 2016, I served a copy of the foregoing **Notice of Removal to Federal Court** upon counsel for Plaintiff by first class mail addressed as follows:

> Rahul D. Manchanda, Esq.
> MANCHANDA LAW OFFICE PLLC
> 30 Wall Street, 8th Floor
> New York, New York 10005

A copy was also served via email to RDM@MANCHANDA-LAW.COM.

I hereby affirm under penalty of perjury, that the foregoing is true and correct.

Jeremy A. Schachter