UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL MANCHANDA,<br><br>*Plaintiff*,<br><br>-against-<br><br>GOOGLE, YAHOO, MICROSOFT BING,<br><br>*Defendants*. | Civil Action No. 1:16-cv-03350 (JPO)(JCF)<br><br>**DEFENDANT YAHOO, INC.'S NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant Yahoo, Inc.'s Motion to Dismiss, dated May 12, 2016; Request for Judicial Notice, dated May 12, 2016; and all prior pleadings and proceedings had herein, Defendant Yahoo, Inc. ("Yahoo"), by and through its undersigned attorneys, will move this Court, before the Honorable J. Paul Oetken, United States District Judge, at the United States Courthouse, 40 Foley Street, Courtroom 706, New York, New York, for an order granting Yahoo's Motion to Dismiss Plaintiff's Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Procedure; and for such other and further relief as deemed just and proper by this Court.

Dated May 12, 2016

    Respectfully submitted,

    KILPATRICK TOWNSEND & STOCKTON LLP

    */s/ Jeremy A. Schachter*
    Jeremy A. Schachter (JS 2181)
    The Grace Building
    1114 Avenue of the Americas
    21st Floor
    New York, New York 10036
    Telephone: (212) 775-8750

jschachter@kilpatricktownsend.com

Dennis Wilson (admitted *hac vice*)
Caroline Barbee (admitted *pro hac vice*)
9720 Wilshire Blvd PH
Beverly Hills, California 90212
Telephone: (310) 777-3740
dwilson@kilpatricktownsend.com
cbarbee@kilpatricktownsend.com

*Attorneys for Defendant Yahoo Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of May, 2016, I served a copy of the foregoing **Motion to Dismiss** upon counsel for Plaintiff by sending it via Federal Express addressed as follows:

>Rahul D. Manchanda, Esq.
>MANCHANDA LAW OFFICE PLLC
>30 Wall Street, 8th Floor
>New York, New York 10005

A copy was also served via email to RDM@MANCHANDA-LAW.COM.

>*/s/ Jeremy A. Schachter*
>Jeremy A. Schachter