# EXHIBIT 2

METRO  EXCLUSIVE

# Woman says 'sugar daddy' threatened her with butcher knife

By Rebecca Rosenberg                                                                                                   June 1, 2015 | 1:46am



Photo: SeekingArrangement.com

A top immigration lawyer who regularly appears on the cable-news networks threatened to kill a gal pal he met on a sugar-daddy website, Manhattan court papers allege.

Rahul Manchanda, 42, waved a butcher knife and acted as if he were going to toss it at 30-year-old squeeze Kate Bose, a graphic designer for Ralph Lauren, according to court documents.

During the pair's late-night brouhaha inside Manchanda's posh Financial District pad in August, the lawyer bizarrely bellowed, "The government trusts me to kill people! I'll f–king kill you! I don't give a f–k anymore!" the criminal complaint states.

The hotheaded barrister met Bose in 2013 through SeekingArrangement.com, which pairs wealthy fat cats with young women who want to be spoiled, according to court papers.

Manchanda was arrested when he turned himself in at the First Precinct on Sept. 2. He is set to next appear in court Wednesday.

At the precinct, he allegedly railed to cops about his ex-flame, who previously worked for L'Oreal, Mac Cosmetics and Kenneth Cole,

according to her LinkedIn page.

"This is bulls–t!" Manchanda raged, according to court papers. "The girl is the one who did stuff to me. You don't have any evidence on me. What's your evidence?

"This is ridiculous what she is going to get away with. She [is] a reoccurring drug addict. I've saved her life. This is what happens. You save their lives, and they try to take advantage of you. She extorted money from me the whole time."

Manchanda was charged with menacing, harassment and possession of a weapon after the spat at his digs near the New York Stock Exchange.

The lawyer, who specializes in international litigation, has appeared on networks such as CNN and Fox News to discuss everything from Justin Bieber's possible deportation back to Canada to the tribunal trial of Saddam Hussein.

In a bid to have the charges against him dismissed, the Boston University grad charged in court papers filed March 16 that Bose was nothing more than a "violent drug-addicted alcoholic and career prostitute" who has been extorting him since they met.

Manchanda said Bose continues to call him at all hours, that she recanted the allegations in a November e-mail to the assistant district attorney — and even says she asked that the restraining order against him be withdrawn.

Manchanda also accused her of having previously filed similar complaints against former beaus.

Manhattan Supreme Court Justice Tandra Dawson denied the motion to dismiss, and prosecutors are proceeding with the case without Bose's cooperation.

Manchanda's lawyer, Todd Spodek, told The Post, "This complainant has zero credibility, she has recanted numerous times, and we will fight these frivolous allegations."

Bose didn't return calls requesting comment.

FILED UNDER **LAWSUITS**

Recommended by