# EXHIBIT 3

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...



# Ripoff Report.

Don't let them get away with it!® Let the truth be known!™

FILE A REPORT

Company Name or Report #   SEARCH

Review Latest Reports   Advanced Search   Browse Categories

Total Visits since 1998: 8,820,000,000   Estimated money Consumers saved since 1998: $15,449,000,000.68   Reports filed: 2,054,746

Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In the Media | Ripoff Report Investigates | Repair your reputation the right way **Corporate Advocacy Program** | Register or Login

■ Ripoff Report protects consumers first amendment right to free speech

Ripoff Report Investigates, Sponsored By...   Lear How to Buy and Invest in Silver Today!   Get Your Free Kit ▶

**How to protect yourself from Real Estate Identity Fraud**
Watch our new web series Ripoff Report Investigates
Our 6 part series on real estate identity fraud shows how easily these swindlers can steal your home and equity and what you need to know to protect yourself .   Watch Now!




**Report: #337859**

# Complaint Review: Manchanda Law Offices, Rahul Manchanda

Related Reports

Raquel Silva law LGBTQ I failed adoption! broke our hearts and our wallets davis California

Law firm Gencs Valters in Estonia How law firm Gencs Valters tricked us into paying $2000 and refused to refund us Tallinn

Michele Bermel Michelle Bermel Extremely unethical law guardian, which was PROVEN in court. She should be forever banned from representing vulnerable...

The Beltz Law Firm Jeffrey Beltz Failed to provide services hired for Dallas Texas

Georgia Car Credit They repossess the car and then resell it. They later on hire a law firm to sue the original owner for thousands of dollars. Valdosta...

David Winer and Rahul Shastri of Kagan Shastri LLP Kagan Shastri LLP / David Winer and Rahul Shastri of Kagan Shastri LLP incompetent lawfilm/ Toronto....

Falcon Legal Group Falcon Legal Group, Woodland Hills, Falcon Legal Group PC, Falcon Legal Group LLC SCAM, NOT A REAL LAW FIRM, NO LAWYERS, CROOKS, STEALING...

Linebarger Goggan Blair & Sampson, LLP $9,600 Fraud Attempted by Criminal Law Firm Denver Colorado

Jennifer Lim Law Offices of Jennifer Lim Worst Attorney To Work with Los Angeles California

Clarkston Autobody and Towing 1 and 2 They did not keep parts removed as required by state law. They did a terrible job of aligning my front bumper hood...

Ripoff Reports

Submitted: Fri, June 06, 2008   Updated: Mon, October 27, 2014
Reported By: — N. Ft Myers Florida

Manchanda Law Offices, Rahul Manchanda
80 Wall St, Suite 705
New York, New York
U.S.A.

Phone: 866-761-5308
Web:
Category: Attorneys & Legal Services



## Manchanda Law Offices, Rahul Manchanda Let's unite and fight this guy. I already won a fee disputes New York New York

*Consumer Comment: Notice of Subpoena

*Consumer Comment: Notice of Court Proceeding

*Consumer Suggestion: Pending Suite Against Manchanda Law Offices

*Consumer Comment: did he got arrested?

*Consumer Comment: benjamin

*Consumer Comment: contact me dan please I am filing the complain!

*Consumer Comment: Rahul Benjamin Manchanda?

*Consumer Comment: About this Manchanda Law offices, I have





Intercontinental
Capital Group
TRUSTED
BUSINESS REVIEW:
Intercontinental Capital Group, Inc
commitment to total customer
satisfaction, Intercontinental...

VL Health
Volcan Health I
fell for the
Internet add for
MetaboMatrix
at a very cheap rate and the
cleansing agent that went along
with it because all...

James Bennett



@James_Space Scammer Con
Artist London

ADCOR
Industries
Jimmy Stavrakis Refuses to Pay
Invoice, Past Due 120 Days old,
Broken Promises to Pay, Baltimore
Maryland

Xfinity Energy
Cameron Kelly
Cameron Kelly
Rip-Off with money cameron and
is company will fix there numbers
to don't paid you for your work
and efforts...



Bullseye
Holsters
Owners
Rodney and
Rob Faulty,
defective,
potentially deadly holster Orange
Park Florida



Jim's
Renovation Jim
runciman I
hired him to do
work for me he
job half done and wrong his work
failed city inspection he
demanded I...



1800Flowers 1-
800-Flowers
False
Advertising
And Promises
Internet

America
Vacations
Travel
Nationwide



VCC LLC Sean
Sorsby Andrew
Frith Brad
Davis VCC LLC
Scams
Business in
Florida using day labors with no
experince Tampa Nationwide

She'll Gas
station Cart or
Andrea
Security to go
test drive a
vehicle that I
was trying to purchase Brooklyn
New York



Nolyn acoustic
system N 70
Danmark



WWW
NEWTOYSZONE COM I have
never heard of this company but
they still managed to steal 9.33
from my bank account on march
28, 2016. I plan to file a report...

used them

Like  0  G+1  Recommend this on Google  Tweet

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

Manchanda has many postings against him on this site; most of them have the same complaint, people have been overcharged, incorrectly or fraudently billed, misrepresented, and lied to. It is attorneys like this that give others a bad name. Everyone that has filed here has done so for one reason, to stop the same thing from happening to someone else. You feel that it is your duty to make a statement that can help protect others from predators like this.

It is your duty to do that. You can do that and more. You may even be able to get some of your hard earned money back, or better yet to put this guy where he belongs; out of business, behind bars, or back working at a burger joint making french frys and wondering how he is going to pay his mortgage without stealing like the rest of us are.

I filed a complaint against Manchanda with the Joint Comittee on Fee Disputes, and I won my case. I did not hire a lawyer, it was quite easy to do. They are nice people that are there to help you, they want to rid the system of operators like this that give all lawyers a bad name.

In my case Manchanda was directed to return over 1/3 of my retainer, plus drop the legal fees of $2700 that he charged for his defense of my complaint. Manchanda's lawyer said before we started that the defense charges were billed in error, even though they were billed for 8 months with Manchanda attempting to put them in my credit report.The court procedure was completed in 2 hours with my participation on the telephone from my house.

Please for all of us, file a complaint where it matters. File a complaint with the: Joint Committee On Fee Disputes and Reconciliation, 14 Vesey Street, NY, NY 10007 Ph. 212-267-6646, ext 207, Fax 212-406-9252
As well as: NYS Bar Deptartment Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department, 61 Broadway, NY, NY 10006. Phone 212-401-0800, fax 212-401-0810
They will help you. They will also get very tired of hearing the name "Rahul Manchanda" and company.

I also plan to set up a website in the near future so everyone can get together and go after this guy as one. Keep checking this site for more information.

Dan fl
N. Ft Myers, Florida
U.S.A.

← Is this
Ripoff Report
About you?

Ripoff Report
A business' first
line of defense
on the Internet.

If your business is
willing to make a
commitment to
customer satisfaction
Click here now.

Does your business have a bad
reputation?
Fix it the right way.
Corporate Advocacy Program™

SEO Reputation
Management at its best!

This report was posted on Ripoff Report on 06/06/2008 05:14 PM and is a permanent record located here: http://www.ripoffreport.com/r/Manchanda-Law-Offices-Rahul-Manchanda/New-York-New-York-10005/Manchanda-Law-Offices-Rahul-Manchanda-Lets-unite-and-fight-this-guy-I-already-won-a-fee-337859. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Manchanda Law Offices, Rahul Manchanda

### Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

| Manchanda Law Offices, Rahul Manchanda | Search | Search Tips |

### Report & Rebuttal
**Respond to this report!**　　**Also a victim?**　　**Repair Your Reputation!**

Ripoff Report | Manchanda Law Offices, Rahul Manchanda Complaint Review New York, New York: 397859



LinkedIn Corporation liars, game players, dishonest, not telling the truth, removes members for any reason, disrespectful, illegitimate, NOT an honest...



Zkum Arch Corp An Unprofessional Architect Bayside New York



Minglu Trading Company I ordered Fit Flops cha cha jungle online and minglu trading company withdrew the funds from my account,I was never sent an invoice...



Slots Inferno Scammed Out Of Winnings Internet



Uhaul Uhaul rents trucks that have retread tires it causing a major break down Phoenix Arizona Nationwide



Dish net work First of all I had problem with Dish Net Work service the first week I sign of a long un satisfying 2 year contract. Lynchburg virginia...



pbReCommerce GmbH Patrick Beukert pbReCommerce GmbH, pbrecommerce.de, BUYER BEWARE FRAUD!! Berlin Internet

Gentech LLC Internet



Shane Bellone fishstick.com , fishstick.com Shane Bellone Launches Fish Stick - Shane Bellone Domain Fraud Scammer Manchester connecticut



Expedited Fresh Epic Trans Unpaid wages Oxford Florida



RITCHIE BROS AUCTIONEERS I purchase new unused 2015 widkat skidsteer backhoe attachment, first time I used bucket collapsed very thin metal. Only manufactured...





Golfclubdocteur Spymonde Bespokeclubs Golfdebarthe He

| File a Rebuttal | File a Report | Get Started |
|---|---|---|

## Arbitrate

**Remove Reports?**
**No! Better yet! Arbitrate to set the record straight!**

### Updates & Rebuttals

REBUTTALS & REPLIES:

|  0  |  8  |  0  |
|---|---|---|
| Author | Consumer | Employee/Owner |

**#1** Consumer Comment

## Notice of Subpoena

**AUTHOR: MAN ESQ - ()**
SUBMITTED: Monday, October 27, 2014

Re:       *MLO - v.- Younglawyer et al.*

          New York State, Supreme Court, Kings County Index No.: 506175/2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity by subpoena. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street, Brooklyn, NY 11201. Any parties objecting to this request may do so anonymously by responding herein and must state the basis for such objection in accordance with applicable law. Objections made in bad faith or without merit may be subject to a motion for contempt of court, attorneys' fees, or court ordered sanctions against the poster. The basis for the lawsuit is a defamation action against the defendants.

**Respond to this report!**  | File a Rebuttal |

**#2** Consumer Comment

## Notice of Court Proceeding

**AUTHOR: MAN ESQ - ()**
SUBMITTED: Tuesday, October 14, 2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street, Brooklyn, NY 11201.

The caption is set forth below:

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

————————————————————X

MLO,

        Plaintiffs,                                                Index No.: 506175

        -against-

"YOUNGLAWYER", "ANONYMOUS[1]", "CLINTON", "NYC ATTORNEY", "DEEDEE",

"GRACE W.", "ANONYMOUS[2]", "J.AHMEDI", "STEVE B", "MARYIO07", and John Does 1-9, names fictitious representing the anonymous posters of

defamatory content described herein,

        Defendants.

————————————————————X

**Respond to this report!**  | File a Rebuttal |

never sent the item I ordered worth 360 euros France or England Internet England, France

View past featured reports

Ripoff Report in the Media


Ripoff Report on CBS 19


Ripoff Report on CBS 19 - Global Marketing Alliance


Ripoff Report on ABC 15 - Smart Shopper


Ripoff Report - Girls Gone Wild

Ripoff Report on Fox 11 - Car Repair



See more videos

**#3** Consumer Suggestion

# Pending Suite Againsts Manchanda Law Offices

**AUTHOR: IT Computer Support New York - (United States of America)**

SUBMITTED: Monday, December 06, 2010

We have a case pending against Manchanda as well. I am a computer consultant that did work for him back in April of this year. When I began several of the attorneys working there were being fired without pay. As we began billing him the office manager (a new hire) was also let go without pay. This seems to be common practice for him. Anyone who has worked for and has been ripped off by Mr Manchanda please contact me. Our case is pending this month in NYC. Please contact me for details.

IT Computer Support NYC
New York, NY

Respond to this report!   [ File a Rebuttal ]

---

**#4** Consumer Comment

# did he got arrested?

**AUTHOR: - (USA)**

SUBMITTED: Tuesday, November 09, 2010

i see no more complaint"s against him.did he got arrested?

Respond to this report!   [ File a Rebuttal ]

---

**#5** Consumer Comment

# benjamin

**AUTHOR: - (USA)**

SUBMITTED: Friday, October 29, 2010

A good jewish name...you are simply dumb as they come.i hope that one day you will face deportation then you will understand our pain.Rahul you are a thief and everyone working in your office.cant wait to see them on newspaper getting arrested.please god show us what you do to bad people.

Respond to this report!   [ File a Rebuttal ]

---

**#6** Consumer Comment

# contact me dan please I am filing the complain!

**AUTHOR: anonymous - (Virgin Islands (US))**

SUBMITTED: Thursday, October 28, 2010

Dan , did he harm you ?

I am scared...

Respond to this report!   [ File a Rebuttal ]

---

**#7** Consumer Comment

# Rahul Benjamin Manchanda?

**AUTHOR: KA - (United States of America)**

SUBMITTED: Friday, February 19, 2010

Mr. Rahul Manchanda - I am aware of your IT talents and how you have a million websites - all singing songs of glory for you - the IMMIGRATION SPECIALIST. Reality is, you shouldn't be allowed in the same room as other competent lawyers, as it is a disrespect to them.

You find it funny when you write praises about yourself all over the internet, but this

Case 1:16-cv-03350-JPO   Document 20-5   Filed 05/12/16   Page 6 of 6

is not funny to your ex-clients whose bank accounts are empty and lives destroyed because you overcharged them and delivered NOTHING.

Its easy to believe him when he tries to sell his services to you. It sounds like you are getting the whole INS (BSCIS), IRS, FBI working for you, but after you sign the retainer, you will notice forget these agencies, even he doesnt have a clue how to solve your case; his other attorneys will quit the case midway; you will be billed when the new attorney spends hours going through all your documents (I paid for this TWICE!) and when there is no attorney in his office, your case will be assigned to the secretary.

A request to anyone even THINKING about hiring the Manchanda Law Office:-
1. Do your research; ask around; **if you find ONE happy customer coming out of that office, go for it**.
2. If you can't find anyone who used this lawyer before, go by **referrals**, do not even think about calling his office.

**Respond to this report!**   [File a Rebuttal]

---

#8 Consumer Comment

## About this Manchanda Law offices, I have used them

**AUTHOR: Benjamin - (U.S.A.)**
**SUBMITTED: Saturday, July 05, 2008**

My name is Benjamin , I disagree with the gentlemans comments above This law firm Bent over backwards for me, to qalify me to become a US citizen, and the opportunity of counsel by this law firm, in an immigration action that i have been going through for 10 years, I brought with me all the paperwork from endless consultations with Consulting fee's and retainers with other Law firms with no success, after meeting with the team of lawyers in this office theyinsucted and guided me through the immigration process together made a plan put all my paperwork in order and told me I would be a citizen within 6 months , I had been told that before but only to be denied, The Machanda Law firm and its chief RAHUL MACHANDA , IMMIGRATION LAWYER SPECIALIST . CAME THROUGH AND GOT MY GREEN CARD APPROVED WITHIN 6 MONTHS AS PROMISED THANK YOU MACHANDA LAW FIRM, THANK YOU RAHUL MACHANDA, For the life changing process of becoming a dream come true US citizen, in the promised land i dreamt of as a boy

thank you for listening
Thank you Rahul Machanda, immigration specialist

Thank you
sincerly
Benjamin

**Respond to this report!**   [File a Rebuttal]

---

### Report & Rebuttal

**Respond to this report!**     **Also a victim?**     **Repair Your Reputation!**

[File a Rebuttal]     [File a Report]     [Get Started]

### Arbitrate

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!



loading
Close

**Rip-off Report**

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions | Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! | Go to Mobile Version of Ripoff Report | Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder | Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests |

Copyright © 1998-2016, Ripoff Report. All rights reserved.