# EXHIBIT 4

5/12/2016                           Ripoff Report | Rahul Manchanda Complaint Review Internet 1065994

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

# Ripoff Report.

Don't let them get away with it!® Let the truth be known!™

FILE A REPORT

Company Name or Report #        SEARCH

Review Latest Reports     Advanced Search     Browse Categories

| Total Visits since 1998: 8,820,000,000 | Estimated money Consumers saved since 1998: $15,449,000,000.68 | Reports filed: 2,054,746 |

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In the Media | Ripoff Report Investigates | Repair your reputation the right way **Corporate Advocacy Program** | Register or Login |

■ Ripoff Report protects consumers first amendment right to free speech

Ripoff Report Investigates, Sponsored By...

Lear How to Buy and Invest in Silver Today!   Get Your Free Kit ▶   LEAR CAPITAL



**How to protect yourself from Real Estate Identity Fraud**

**Watch our new web series Ripoff Report Investigates**

Our 6 part series on real estate identity fraud shows how easily these swindlers can steal your home and equity and what you need to know to protect yourself .

[Watch Now!]

AdChoices

Get up to $650 in credits per line
when you trade in your current smartphone and buy a new one on AT&T Next™

X



**Report: #1065994**

## Complaint Review: Rahul Manchanda

Related Reports

David Winer and Rahul Shastri of Kagan Shastri LLP / David Winer and Rahul Shastri of Kagan Shastri LLP incompetent lawfirm/ Toronto....

Rahul Shastri and David Winer of law firm Kagan Shastri LLP Kagan Shastri LLP / Rahul Shastri and David Winer of law firm Kagan Shastri LLP Rip Off Lawfirm...

Rahul Sharma aka Appscrip aka 3 Embed aka iDeliver aka postmates clone script Scammed me for my money. Lied to me on many occasions. Provided me with non....

Rahul Shastri / law firm Kagan Shastri LLP Rahul Shastri / law firm Kagan Shastri LLP / Drafts Deficient Pleadings and Deficient Appeal Material Toronto...

Rahul Shastri Rahul Shastri - deficient pleadings - incompetent lawyer Toronto Ontario

ShimlaTravels.us :Rahul,Kunal Sharma This is a Fraud Travel Agency Internet

Muhammad Harris/ Rahul Roy - Shimlatravels Harris Travel - Muhammad Harris,Shimla Travels - Rahul Roy Flight Travel Agent Fraud Flushing New York

Rahul Manchanda-Manchanda Law Offices Dishonest, Fraudulent billing, Over priced, clueless New York New York

Manchanda Law Offices - Rahul Manchanda - Manchanda Law Rip Off Artist Contact the NY Bar see addresses below New York New York

Manchanda Law Offices Worst Immigration and Deportation Attorney New York New York

Ripoff Reports

Intercontinental Capital Group

**Submitted:** Wed, July 10, 2013    **Updated:** Mon, October 27, 2014

**Reported By:** J.Ahmedi — Alabama

Rahul Manchanda
Internet
USA

**Phone:**
**Web:** www.manchanda-law.com
**Category:** Attorneys & Legal Services

## Rahul Manchanda Rahul Dev Manchanda Manchanda Law FirmRahul Manchanda Rahul Manchanda Rahul Manchanda - Fraudulent, Divorced Lawyer who has Declared Bankruptcy & is a Proven Criminal New York New York

*Consumer Comment: Notice of Subpoena

*Consumer Comment: Notice of Court Proceeding

*General Comment: RAHUL MANCHANDA IS A BILLIONAIRE -THE ORIGINAL BATMAN (BRUCE WAYNE)

*General Comment: Truth Hurts

Like   0    G+1    Recommend this on Google    Tweet

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

A lot has been written about Rahul Manchanda - as in - what a fraudulent terrible lawyer he is. How he has defrauded his own employees and clients. All of that is true. However, nothing has been written about how his own law firm has declared bankruptcy, and how he is mistreating his own family (his wife and children).

Yes, Manchanda Law Firm has filed for

← Is this Ripoff Report About you?

Ripoff Report A business' first

Ripoff Report INVESTIGATES
**Every Homeowner is at Risk!**
Don't Let Them Get Away with it.®



**Stole Money from Homeowners, even after being Jailed.**
Learn how to protect yourself from these scammers.

[Watch Now!]



LEARN HOW TO BUY AND INVEST IN GOLD AND SILVER TODAY! GET YOUR **FREE INVESTOR KIT**

Get it Now »

LEAR CAPITAL



TRUSTED BUSINESS REVIEW:
Intercontinental Capital Group, Inc
commitment to total customer
satisfaction. Intercontinental...


VL Health
Volcan Health I
fell for the
internet add for
MetaboMatrix
et a very cheap rate and the
cleansing agent that went along
with it because all...


James Bennett

@James_Space Scammer Con
Artist London


ADCOR
Industries
Jimmy Stavrakis Refuses to Pay
Invoice. Past Due 120 Days old.
Broken Promises to Pay, Baltimore
Maryland


Xfinity Energy
Cameron Kelly

Cameron Kelly Rip-Off with money
cameron and is company will fix
there numbers to don't paid you
for your work and efforts...


Bullseye
Holsters
Owners
Rodney and
Rob Faulty,
defective,
potentially deadly holster Orange
Park Florida


Jim's
Renovation Jim
runciman I
hired him to do
work for me he
came in did the
job half done and wrong his work
failed city inspection he
demanded i...


1800Flowers 1-
800-Flowers
False
Advertising
And Promises
Internet


America
Vacations
Travel
Nationwide


VCC LLC Sean
Sorsby Andrew
Frith Brad
Davis VCC LLC
Scams
Business in
Florida using day labors with no
experince Tampa Nationwide

She'll Gas
station Carl or
Andrea
Security to go
test drive a
vehicle that I
was trying to purchase Brooklyn
New York

Nolyn acoustic
system N 70
Danmark


WWW
NEWTOYSZONE.COM I have
never heard of this company but
they still managed to steal 9.33
from my bank account on march
28, 2016. I plan to file a report...

Linkedin
Corporation
liars, game
players,
dishonest, not
telling the truth, removes members
for any reason, disrespectful.

bankruptcy.

On top, Rahul Manchanda has been harrassing his own wife and children. He is not only a fraudulent lawyer, but, he is also a bad husband and a father --- and that too a bankrupt one.

**Be careful and hope this nightmare of a guy is closed down, and moves to Guantanamo.**

line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now..

Does your business have a bad reputation?
Fix it the right way.
**Corporate Advocacy Program™**

SEO Reputation Management at its best!



This report was posted on Ripoff Report on 07/10/2013 02:35 PM and is a permanent record located here: http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manchanda-Rahul-Dev-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-Manchanda-F-1065994. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Rahul Manchanda

### Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

Rahul Manchanda    [ Search ]    Search Tips

### Report & Rebuttal

**Respond to this report!**    **Also a victim?**    **Repair Your Reputation!**

[ File a Rebuttal ]    [ File a Report ]    [ Get Started ]

### Arbitrate

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

REBUTTALS & REPLIES:

0    4    0
Author   Consumer   Employee/Owner

### Updates & Rebuttals

**#1 Consumer Comment**

### Notice of Subpoena

AUTHOR: MAN ESQ - ()
SUBMITTED: Monday, October 27, 2014

Re:   *MLO - v.- Younglawyer et al.*

New York State, Supreme Court, Kings County Index No.: 506175/2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity by subpoena. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street, Brooklyn, NY 11201. Any parties objecting to this request may do so anonymously by responding herein and must state the basis for such objection in accordance with applicable law. Objections made in bad faith or without merit may be subject to a motion for contempt of court, attorneys' fees, or court ordered sanctions against the poster. The basis for the lawsuit is a defamation action against the defendants.

Respond to this report!    [ File a Rebuttal ]

**#2 Consumer Comment**

### Notice of Court Proceeding

AUTHOR: MAN ESQ - ()
SUBMITTED: Tuesday, October 14, 2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street,

Illegitimate, NOT an honest...



Zzum Arch Corp
An
Unprofessional
Architect
Bayside New
York



Minglu Trading
Company I
ordered Fit
Flops cha cha
jungle.online
and minglu
trading company withdrew the
funds from my account.I was
never sent an invoice...



Slots Infemo
Scammed Out
Of Winnings
Internet



Uhaul Uhaul
rents trucks
that have
retread tires it
causing a
major break
down Phoenix
Arizona Nationwide



Dish net work
First of all I had
problem with
Dish Net Work
service the first
week I sign of
a long un satisfying 2 year
contract, Lynchburg virginie...



pbReCommerce GmbH Patrick
Beukert pbReCommerce GmbH,
pbrecommerce.de, BUYER
BEWARE FRAUD!! Berlin Internet



Gentech LLC
Internet



Shane Bellone
fishstick.com ,
fishstick.com
Shane Bellone
Launches Fish
Stick - Shane
Bellone
Domain Fraud Scammer
Manchester connecticut



Expedited
Fresh Epic
Trans Unpaid
wages Oxford
Florida



RITCHIE BROS

AUCTIONEERS I purchase new
unused 2015 widkat skidsteer
backhoe ,attachment, first time I
used bucket collapsed very thin
metal. Only manufactured...





Golfclubdocteur Spymonde
Bespokeclubs.Golfdebarthe He
never sent the item I ordered
worth 360 euros France or
England Internet England, France

View past featured reports

Brooklyn, NY 11201.

The caption is set forth below:

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

————————————————————X

MLO,

Plaintiffs,                                                    Index No.: 506175.

-against-

"YOUNGLAWYER", "ANONYMOUS[1]", "CLINTON", "NYC
ATTORNEY", "DEEDEE",

"GRACE W.", "ANONYMOUS[2]", "J.AHMEDI", "STEVE B",
"MARYIO07", and John Does 1-9, names fictitious representing the
anonymous posters of

defamatory content described herein,

Defendants.

————————————————————X

Respond to this report!   [ File a Rebuttal ]

#3 General Comment

## RAHUL MANCHANDA IS A BILLIONAIRE - THE ORIGINAL BATMAN (BRUCE WAYNE)

AUTHOR: FREDERICK JONES - ()

SUBMITTED: Saturday, September 28, 2013

Who gives a sh*?

This man's family owns A-1 Specialized Services (http://www.a-1specialized.com)
which recycles platinum from old used carburetors and sells the platinum bricks
back to the Automotive Industry - they make $2.8-3 billion dollars per year.

They don't give a f*k about money.

Suck a d*k b*ch.

Respond to this report!   [ File a Rebuttal ]

#4 General Comment

## Truth Hurts

AUTHOR: NYMOM - ()

SUBMITTED: Saturday, August 03, 2013

Just to clarify two small details in the above report...EX wife.  Divorced since 2008
and the media has been contacted.  For whatever reason the NY Post first opted to
run a story then backed out.  Hopefully one day justice will be served.

Respond to this report!   [ File a Rebuttal ]

## Report & Rebuttal

**Respond to this**          **Also a victim?**          **Repair Your**
**report!**                                               **Reputation!**
[ File a Rebuttal ]          [ File a Report ]            [ Get Started ]

## Arbitrate

**Ripoff Report in the Media**



Ripoff Report on
CBS 19

Ripoff Report on
CBS 19 - Global
Marketing Alliance

Ripoff Report on
ABC 15 - Smart
Shopper

Ripoff Report - Girls
Gone Wild

Ripoff Report on
Fox 11 - Car Repair

See more videos

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

loading
Close



Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |

Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! | Go to Mobile Version of Ripoff Report |

Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |

Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests |

Copyright © 1998-2016, Ripoff Report. All rights reserved.