# EXHIBIT 5



# Manchanda Law Office PLLC

**Manchanda Law Office PLLC** Contacts & Informations

Posted: Maryio07

## Thief

Complaint Rating:

**Contact information:**
Manchanda Law Office PLLC
80 Wall Street
New York, New York
United States

I spoke with Mr. Manchanda about my husband that was deported 3 years ago. He guaranteed me that he will bring him home no more than 3 months. I was absolutely thrilled. He requested me to send the file and $5, 000. and I told him I was going to have to borrow the money. I explained the situation that I had nothing left since my husband was our full financial supporter. I also just got a job at the time making 8.00/hr. He told me don't worry I will get him home and then we will sue the government for the pain and suffering they put us through. He said my husband's case was simple and not to worry. I even said please don't leave me without an attorney. He said absolutely not I like you and I feel your pain. He also knew at the time that our daughter had issues of depression from see her father being picked up and deported and plus he knew also of my manic depression issue also. He received the money spent it all in a month and charged me more on top. I tried to talk to him and he turned from being a nice guy to a rude, greedy, money, hungry, bs'er. He had people in his office calling me and harassing me for $500.00 and said to me if I couldn't afford it I should have gotten another attorney. Like really!!! He gave his word to me he would work with me and help me get my husband home and NON of it was true. Don't believe this man because he is a crook and everyone at the office.



Comments (7)   United States   Lawyers and Attorneys

Was the above complaint useful?  Yes   No

---

## Comments

9th of Dec, 2010 by Computer Support New York                                        0 Votes

We have a case pending against Manchanda as well. I am a computer
consultant that did work for him back in April of this year. When I began several of the attorneys working there were being fired without
pay. As we began billing him the office manager (a new hire) was also
let go without pay. This seems to be common practice for him. Anyone who has worked for and has been ripped off by Mr Manchanda
please contact me. Our case is pending this month in NYC. Please contact me for details.

IT Computer Support NYC
http://www.itcomputersupportnyc.com/
New York, NY

! Report Spam

2nd of Jun, 2011 by law101    ▲ ▼ 0 Votes

Please do not hire this lawyer. He is the worst immigration lawyer in NYC. Ask around. He will totally rip you off and do a terrible job on your case. Read his many complaints on /link removed/

Also do not work for him. It will be a waste of time as you will likely leave within a month or two. He is a joke. He threatens to sue and/or file complaints against former employees and clients. Ha Ha. This is coming from a guy who is constantly being sued and has had many many complaints filed against him. So scared. Not.

! Report Spam

17th of Jun, 2011 by Don't be a victim of Manchanda    ▲ ▼ +1 Votes

Don't base on the good review he had. He probably wrote it himself. Don't let him fool you. He WILL PROMISE YOU HE CAN FIX ANY PROBLEM YOU HAVE. He will take everything from you including, home, car, life savings and the SAD part is this guy don't' even care. ALL HE WANTS IS YOUR MONEY. Let me tell you all about this guy. 1st -He will tell you your case is very easy and common (Such a nice guy during the first phone consultation--REMEMBER this is before you sign the retainer) then he will tell you come to his office and sign a $5, 000 retainer (so he can began to be your hero). When you are at the office, these people are so well trained on how to convince you to sign it. They make you feel like it's just a piece of paper that needs a signature. After you sign it and pay your dues, once you leave the office EVERYTHING changes (Now you are trapped). 2nd – Your first $5, 000 may last you um... one to three weeks or it could be less. One to three weeks for $5, 000 makes you believe it might be reasonable because they just started on the case so they need time to go over it. But wait, after that EVERY WEEK you will be billed anywhere from $1, 000 - $5, 000 it could be more (without your permission for going over the retainer). Seriously, it likes his clients are his personal credit card. He will run your bill $20, 000 to $50, 000 in no time. 3rd His attorney rates are $300-$400 an hour and there are other rates for paralegals and office clerks. Don't be surprise when you get your bill because 98% of time you will be billed for attorney rates. On the retainer it list all the different rates but when you get your bill it is like there are no paralegals and office clerks even exist because everything is billed at ATTORNEY'S RATE. (EX. You pay $300-$400 an hour for somebody put a stamp on a letter to send it out or retrieve any information on your file if necessary from folders) The weird part is anybody can take your payment but nobody is allowed to discuss billing besides Rahul Manchanda. (I forgot to mention after the first phone consultation with Rahul then you sign the retainer, you will NEVER hear from this crook Rahul Manchanda again until he wants MOREEEEEEEE money from you. (Almost weekly basis) He is the guy that gets you in the door then it is time to start collecting MONEYYYY.) You will have pay however many hours he say his attorney has worked for you, basically with no proof. Sometimes he may send you an invoice stating the charges but NO Poof from any attorneys that have contributed the time. He generates bills and add extra hours that weren't even legitimate. The invoice is not very detail. (Ex. Tom did a research......4 hours---- $1600 then two days later Tom continue research.....5 hours----$2000) $300-$400 an hour? Lets do the math here based on $300 an hour. $300/60minutes that's $5 per minute, so people....... every Extra Minute he charges it takes almost average people an hour job. Again, every EXTRA MINUTE he charges it takes almost average people an hour job. 4th Please be advised No Employees, including ATTORNEYS can ever last very long working here. (2-3 months Wonder Why?????????) If you hire him be prepared for new attorneys anytime. (Remember every time they have new attorney your file would have to be review or study all over again, THE PRICE WILL BE BILLED TO YOU $300-$400 AN HOUR. No questions ask. He makes so much money on billing Clients but his Employees are always fired without PAY including Attorneys! Wow!? How does he do that? 5th After you sign the retainer Rahul Manchanda will never response to you other than you sending him payment information or involving getting payment to him. Sounds funny doesn't it? Again he will not response to your questions other than getting MONEYYYYY to him. I think this says it all.

Finally, loving people with good hearts that needed help...... please take my advice and don't fall in this trap. Don't take what his website and his brochure says even though he will e-mail it to you everytime. That's how it got most people because it is very persuasive (bunch false advertising). Go somewhere else and find a good attorney to represent you. If you don't believe me and want to get a second opinion or third or ................................ or thirtieth just Google this firm. Check out how many complaints and reports they have. They are all 100% true. (/link removed/

If you are a victim of this firm please write a review. (Ex Employees or Clients)

I believe one day justice will be served for this guy for what he has done to too many good families in this country. Don't worry if he threatens you in anyway. Take him to court. He has no legs to stand on. If you don't speak English don't worry hire a translator and take him to court because he will try to threat and scare you!

Another Bernie Madoff! What a Crook!!!

! Report Spam

6th of Jun, 2014 by Rahul Manchanda is a thief    ▲ ▼ +1 Votes

MANCHANDA LAW OFFICE is A SCAM

FALSE ADVITIZER

RAHUL MANCHANDA NEEDS TO GO TO JAIL FOR HIS SKEAMs

Rahul dev Manchanda is not a human being nit a lawyer, he is an animal, crook, unprofessional, deceiving painful I went to go see Rahul Manchanda for marriage case he said my case was easy Iand if I pay his retainer fee for 100000 he will file right away at the time I did not have any funds on me but I gave home 300 dollar for the first day because he is such a good speaker and I believe in him I met mr Manchanda on May 30 2014 on a Friday we made an appoint for Monday for me to pay him first so he can email me some paper works application, on Monday I June 2 2014 I paid him 3000 partial retainer fee we verbally agreed on 6000 since his retainer fee was 10000 so as I recieved the email from him I printed out the applications and follow the direction on the email, it's sate to call and schedule an appointment with dr mark as I woke up tue June 3 2014 I called dr mark to follow up on instruction on the email mr Manchanda send me to follow up on, as I called to schedule an appointment I told him mr Manchanda sent me he quickly cuts off the conversation and said to see him I gotta pay a fee of 2500 dollar, I was overwhelmed and surprise because mr Manchanda has never told me about paying this doctor all he told me was he is going to nail the government in the ass and my case should be easy and that he is "a mother fucker ", I shouldn't worry about anything once I spoke to dr mark and refused to accept the service I called mr Manchanda to tell him about the outrages fee hpthis doctor trying to charge and he quickly turn evil and careless stating that if I don't want to pay the doctor I don't have to but it will just hurt my case so I told him I could afford the doctor for him to give back my money because is smell his fishy ness and he was funny too fast he never performed any services for me I have only been in his office for less then 20 min for consultation and he spoke about himself mainly being on the front of the Newsweek magazine so now iam asking for my 3000 dollar I partially paid him in less the 24 hr he refuses to pay me back and makes up a fake invoice with hour that he put in to my case, 1st how much can u do over night from the time I paid him to 9 am next morning when I recongnized he was lying and betraying me 2 he states on the invoice I went to see dr mark for 7 hours and that he consulted for 5 hour which was bogus lies I hate this man for what he made me and my wife goe through I wish I can touch him but I can't he actually tried to pull of a fake invoice with me with services he suggested I take but I never fall into his trick now he is holding my 3000 dollar hostage and I need my money since he knoe i hAveno paperwork he called the police on me and said I was harassing him so I could get a chance to come back to the office the officer told me to take him to court Nd I have been stuck ever since I still have the receipt and dated and sign with his signature any help out there please contact me seny.fofana99@gmail.com I need help on getting my money back back form Manchanda law office and associate

! Report Spam

6th of Feb, 2015 by Maryio07 +1 Votes

I agree completely that Manchanda is a thief! I posted the original over the immigration case of my husband. I wasted 2 years of mine, my daughter's and husband life with this law firm. I was promised the world of getting my husband home and then we were going to sue the government for doing harm to my family for the government mistakes in paperwork. Non of that happened except being harassed to hand over more and more money with nothing to show for. I even have emails on Thanksgiving Day harassing me to give more money to him. What human does such a thing? Manchanda is a ruthless, lier, thief that should not even have a license to practice law! After all the money I gave him I had to hire another attorney which thank God I found for the first time a legit hard working immigration attorney who actually fought for my family and within a year in a half got my husband back. If anyone who is in the process of suing this man please contact me because I am will to testify against this thief and hopefully get our money back and have him loose his license! Contact me at maryio07@yahoo.com.

! Report Spam

6th of Feb, 2015 by Maryio07 +1 Votes

Does anyone have a case against him? I am willing to give my emails to anyone if it will help to get our money back from this thief. My email is maryio07@yahoo.com

! Report Spam

22nd of Mar, 2016 by Chris remove 0 Votes

RFR- awaiting payment

! Report Spam

Post your Comment

Please check text spelling before submitting a comment

Your attitude towards Complaint

○ Agree ● Neutral ○ Disagree

Comment text

Please provide as much information as possible...

Attach photos (optional)
Choose File | No file chosen

Submit





## Subjects of Wide Speculation

1. **DonnaPlay** (10)
Unauthorized registration, charge to cancel

2. **Wegmans** (9)
Pharmacy Clerk and Management ( Wegmans Pharmacy, DeWitt, NY)

3. **Steverogersfakes.com** (7)
Fake ID

4. **Shari's Berries** (7)
Ridiculous shipping charges

5. **Bellez Design Studios** (6)
Hair Color, Cut and Unprofessional Behavior

6. **FakeIDsQuick.com** (6)
FAKE ID WESITE

7. **Ercan Gunduz (Lawyer)** (5)
Unethical Behaviour - Payment not received

8. **meetme** (5)
Nothing but fakes!

9. **Virgin Media Company Ltd** (5)
SMS message received about winning money

10. **Booking.com** (4)
Cheating and changing the prices after I have confirmed my reservation



## Latest Questions

AT&T

AT&T

Kat Loterzo

Fast link diplomatic Courier Service, London

Handyman Club of America

## Today's Mess-Up Photo

**Scam charges from**



More Mess-ups



Submit Complaint | Consumer Tips & Tricks | News & Stories | Groups | Sitemap | FAQ | View full list of Companies | Updated Complaints | Merged Complaints | Complaints by Countries | Latest Complaints | Terms of Use | Privacy Policy | DMCA Procedures | Investors / Business Offers | Legal Information | Thank you Emails

© 2016 ComplaintsBoard.com    Follow us: Google+
If you have an inquiry, or any constructive thoughts, creative ideas, and reasonable offers, please, contact us