# EXHIBIT 6



| SUBMIT A COMPLAINT | CONTACT US | CATEGORIES ▾ | Search |

*Complaint / review / scam report*

# Manchanda Law Firm / Rahul Manchanda
## Rahul Manchanda Ex-employee telling the truth about what goes on at Manchanda Law Offices, PLLC

Get work done anywhere
With Dragon professional-grade
dictaiton for mobile. Try it free.



*Complaint / review text:*

Rahul Manchanda has become the many bad person I've actually achieved. I'm embarrassed to express I worked for him to get a quantity of weeks, for the reason that period I noticed more than 10 lawyers come and proceed, more than 10 official supervisors/paralegal come and go since Rahul Manchanda is definitely an abusive fraud artist. He averages roughly one club criticism each week against him, one-fee challenge each week against him, and 2 lawsuits against him monthly. He does not spend his lease, his fees, his resources, his workers, or every other expenses.

He's simply no understanding of regulations and continuously lies. He employs small lawyers who're simply understanding and costs them at $350/hour while he gives them $15/time. Occasionally, he'd not really pay us since he does not have the cash.
He'd trick us into overbilling and technique customers into spending more. Individuals actually paid $40,000 for anything every other lawyer might do for $5000.00

He guaranteed to pay for medical health insurance for just one of his pregnant workers, than before she'd her kid he ended her plan retroactively, sticking her with more than 10,000 in medical expenses to conserve herself $1000.00. This really is after I eventually had enough and stop.

He's currently suing usacomplaints.com to try and conceal his terrible activities. He also employed a business to place usacomplaints.com reduce on the google research therefore people wouldn't have the ability to think it is once they look for him. He's actually a felony!!

Please avoid him. Should you currently employed him, please document charge conflicts and grievances using the Ny State Bar affiliation and please employ additional lawyers to prosecute him. Follow the hyperlink below to find out more on the best way to do that. He's an embarrassment towards the exercise of regulation and any good remarks you continue reading below were compiled by him on the phony mail. I don't understand one customer which was pleased with his solutions, actually they'd frequently plead me to depart the company and manage their instances by myself. Rahul Manchanda is just a shame. This is actually the connect to club grievances and charge conflicts, goodluck:

Http://www.nysba.org/Information/NavigationMenu/PublicResources/UnhappywithaNYAttorney/Unhappy_with_a_NY_At.htm

*Contact information:*
Author: Contact with Author

Offender: Manchanda Law Firm / Rahul Manchanda
Country: USA   State: New York   City: New York
Address: 80 Wall St. Suite 705
Phone: 2129688600
Site: manchanda-law.com
Category: Shops, Products, Services

## SUBMIT A COMPLAINT

### LAST COMMENTS

👤 ANISH   2016-05-12
**Gautam Maingi**
High fees for normal services (1)

👤 AMAR   2016-05-12
**EU Pays**
Payment gateway and advisor (2)

👤 BRIAN R   2016-05-11
**Hannah Harper**
Condemned Racist Adult Actress (D ... (1)

👤 PATRICIA A WARREN   2016-05-10
**Family Dollar**
Paid Vacation time earned, but un ... (1)

👤 BENNY   2016-05-10
**Jes extender penis extender**
Jes extender is a scam! It broke ... (1)

👤 BENNY   2016-05-10
**Jes extender penis extender**
Jes extender broke my penis! (1)

👤 PRABHAKAR   2016-05-10
**EU Pays**
Payment gateway and advisor (2)

👤 CHER   2016-05-09
**Automobile Inspections, LLC**
Do not use automobile inspections ... (1)

👤 WENDY SCHACK   2016-05-09

Keith Middlebrook Fico Financial (1)

### POPULAR COMPLAINTS

**24 Hour Fitness Walnut Creek**
Unauthorized deductions from my bank

**Devry University**
GI Bill fraud and Theft

**The Art Institute of Pittsburgh online**
Dropping me from class

**American Medical Response (Metro Ambulance Services, Inc)**
Improper billing and unkept responses to send hardship form

**Docker's.com**
Khaki pants "customer service" returns

**Cardservice international**
Stole $900. 00 from my account some years back

**Bluegreen Vacations**
How To Get OUT of "Bluegreen" or ANY "Time Sharing" Contract (Four Steps to be FREE of Bluegreen)

ATL Trial Lawyers Group
Free Consultation. 15 Yrs Effective
& Aggressive Legal Experience!



▷×

**Robin Wilson**
Harrassment

**Matt**
Withholding builder funds 60 days plus

**Coral Sands Motel**
Bed Bugs-They know!

**SUBMIT A COMPLAINT**

## RELATED COMPLAINTS

- **Manchanda Law**
  Rahul Manchanda Attorneys beware of this firm
- **Manchanda Law Offices PLLC**
  Pending Case Againts Manchanda Law Offices
- **Manchanda Law Offices**
  Buyer Beware - Manchanda will rob you blindly
- **Manchanda Law Offices**
  The King Of the Scumbags
- **Manchanda Law Firm / Rahul Manchanda**
  Provided poor representation and misrepresented itself
- **Rahul Dev Manchanda**
  Cheated a poor family of $13000, cursed out a 55 yr old mother of 2 via emails
- **Manchanda Law Offices, Rahul Manchanda**
  Let's unite and fight this guy. I already won a fee disputes
- **Manchanda Law Offices**
  Rahul Manchanda Incompetent, Unprofessional, Unethical, VERY Expensive and a vulture who targets the vulnerable
- **Manchanda Law Offices**
  Rahul Manchanda This company is financially exploited all of its clients
- **Manchanda Law Offices**
  Rahul Manchanda - Manchanda Law Rip Off Artist Contact the NY Bar see addresses below New York

## 0 COMMENTS

ATL Trial Lawyers Group
Free Consultation. 15 Yrs Effective
& Aggressive Legal Experience!



▷×

## Information

Members, of group **Guest**, can not leave comments on this publication.
Please **register** on our website, it will take a few seconds.

**REGISTRATION**

‹  ›

**USACOMPLAINTS.COM**
CONSUMER COMPLAINTS AND REVIEWS

Submit a Complaint · Tags · Contact Us · Rules

Twitter
RSS

Usacomplaints.com - Complaints, reviews, scams and fraud reports from consumers. Blacklist of bad, negligent and unreliable companies and business. Each consumer of goods and services can leave on Usacomplaints.com a complaint, a claim, negative review or feedback on the person, firm, company, site, shop, good, service or web-based project, whose actions left this consumer dissatisfied.

©2016 Usacomplaints.com