## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RAHUL MANCHANDA,

*Plaintiff,*

-against-

GOOGLE, YAHOO, MICROSOFT BING,

*Defendants.*

Civil Action No. 1:16-cv-03350 (JPO)(JCF)

**YAHOO INC.'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, and in support of its concurrently filed Motion to Dismiss, Defendant, Yahoo, Inc. ("Yahoo"), respectfully requests that the Court take judicial notice of (1) an order dismissing a virtually identical case brought by Plaintiff in the Supreme Court of the State of New York; and (2) the webpages located at the following URL addresses, which are identified in Paragraph 8 of Plaintiff's Complaint:

1. http://nypost.com/2015/06/01/woman-says-man-from-sugar-daddy-site-threatened-to-kill-her/;

2. http://www.ripoffreport.com/r/Manchanda-Law-Offices-Rahul-Manchanda/New-York-New-York-10005/Manchanda-Law-Offices-Rahul-Manchanda-Lets-unite-and-fight-this-guy-I-already-won-a-fee-337859;

3. http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manchanda-Rahul-Dev-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-Manchanda-F-1065994;

4. http://www.complaintsboard.com/complaints/manchanda-law-office-pllc-new-york-new-york-c382370.html; and

1

5. http://usacomplaints.com/shops-trade/594091-manchanda-law-firm-rahul-manchanda-complaints-reviews.html

(Compl., ¶ 8; Dkt. No. 1). A true and correct copy of the State Court dismissal is attached as **Exhibit 1**. True and correct copies of printouts of the foregoing webpages, printed by the undersigned on May 12, 2016, are attached as **Exhibits 2-6**.

On a motion to dismiss under Fed. R. Civ. P. 12(b)(6), "the Court is limited to reviewing the complaint, any documents attached to the complaint or incorporated into it by reference, any documents that are 'integral' to the plaintiff's allegations, even if not explicitly incorporated by reference, and facts of which the Court may take judicial notice." *Biro v. Conde Nast*, 963 F. Supp.2d 255, 264 (S.D.N.Y. 2013) (citation omitted). A court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Such sources include judicial opinions. *See*, *e.g.*, *Hayes v. Perotta*, 751 F. Supp.2d 597, 599 (S.D.N.Y. 2010) (taking judicial notice of court proceedings, including transcripts and judicial opinions). "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d). "[A] court should take judicial notice to determine what statements the documents contain[,] not for the truth of the matter asserted." *Biro*, 963 F. Supp.2d at 265 (citation, internal quotation marks, brackets, and ellipses omitted).

The prior court order dismissing Plaintiff's near-identical claims against is judicially noticeable because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Judicial notice of the webpages is appropriate because Plaintiff incorporates the webpages into the Complaint by reference. Additionally, because every cause of action Plaintiff seeks to hold Yahoo liable for is based entirely on the webpages

Case 1:16-cv-03350-JPO   Document 29-1   Filed 05/12/16   Page 3 of 33

identified in Paragraph 8 of the Complaint, the webpages are "integral to the plaintiff's allegations," and judicially noticeable on that basis.

Accordingly, Yahoo respectfully requests that the Court take judicial notice of (1) the New York State Supreme Court's dismissal of a near identical case brought by Plaintiff; and (2) the webpages identified in Paragraph 8 of the Complaint (and above), by either viewing the webpages on a computer, or reviewing the printouts attached as Exhibits 2-6.

Dated: May 12, 2016

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ Jeremy A. Schachter*
Jeremy A. Schachter (JS 2181)
The Grace Building
1114 Avenue of the Americas
21st Floor
New York, New York 10036
Telephone: (212) 775-8750
jschachter@kilpatricktownsend.com

Dennis Wilson (admitted *pro hac vice*)
Caroline Barbee (admitted *pro hac vice*)
9720 Wilshire Blvd PH
Beverly Hills, California 90212
Telephone: (310) 777-3740
dwilson@kilpatricktownsend.com
cbarbee@kilpatricktownsend.com

*Attorneys for Defendant Yahoo Inc.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 12th day of May, 2016, I served a copy of the foregoing

**Request for Judicial Notice** upon counsel for Plaintiff by sending it via Federal Express

addressed as follows:

        Rahul D. Manchanda, Esq.
        MANCHANDA LAW OFFICE PLLC
        30 Wall Street, 8th Floor
        New York, New York 10005

A copy was also served via email to RDM@MANCHANDA-LAW.COM.


                                      */s/ Jeremy A. Schachter*
                                      Jeremy A. Schachter

Case 1:16-cv-03350-JPO   Document 20-3   Filed 05/12/16   Page 1 of 8

# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

PRESENT: HON. MILTON A. TINGLING                                    PART 44

ANONYMOUS,                                              INDEX NO. 101158/13
                                                        MOTION DATE 8/15/2013

                    PLAINTIFF,
              -v-

DOES, JOHN 1 THRU 47,                                   F I L E D

                    DEFENDANTS.
                                                        MAR 2 7 2014

Upon the foregoing papers, it is ordered that these claims be dismissed.   COUNTY CLERK'S OFFICE
                                                                           NEW YORK

Plaintiff, Anonymous, moves the court for a restraining order against Google,
Microsoft, and Ripoff Report and John Does 1-40. Google and Microsoft have
responded that they are not parties to this action and are not bound by state or local
laws. Plaintiff seeks $10,000 in damages from Google, Microsoft and/or Ripoff
Report.

In the instant case, the plaintiff is a lawyer. He is claiming that John Does 1-47
posted defamatory/ libelous/ slanderous and terroristic threats against him and his
business on Ripoffreport.com. Plaintiff also claims that defendants have infringed on
his trademark. Plaintiff has trademarked his name and business name. These
negative reviews were posted on Ripoff Report and the URL's appear when his name
or business name are searched on the search engines of Google and Microsoft. He is
now seeking damages from the aforementioned parties. Plaintiff is also seeking a
restraining order to force Ripoff Report, Google and Microsoft to remove the
information and the URL's from the websites. Plaintiff obtained a temporary
restraining order. Google and Microsoft were the only ones to respond. Google
states in their letter to Plaintiff that they are not a party to this action and that
plaintiff must follow the proper procedure before Google will remove the
information. Google informed plaintiff that they are not bound by state or local laws

to remove the URL's from their search engine. However, Google's policy is if the website (in this case Rip-off Report) refuses to remove the information after an order has been granted, Google will voluntarily remove the information. Microsoft gave a similar response. There was no response from Rip-off Report, or John Does 1-47, Plaintiff also asks for $10,000 to be removed from the New York bank accounts of Rip-off Report, Google and Microsoft.

To have URL's removed from Google or Microsoft a plaintiff must bring a federal action. Section 230 of Title 47 of the United States Code states that, ""No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." This federal law preempts any state laws to the contrary: "[n]o cause of action may be brought and no liability may be imposed under any State or local law that is inconsistent with this section." The courts have repeatedly rejected attempts to limit the reach of Section 230 to "traditional" Internet service providers, instead treating many diverse entities as "interactive computer service providers." Section 230 is not without exceptions. The Communications Decency Act provides immunity to an Internet service provider that merely publishes user-generated content, as long as its actions do not rise to the level of a content provider. To determine whether a internet service provider is excluded from liability the courts have looked to three questions: (1) Whether the defendant is a provider of an interactive computer service; (2) If the postings at issue are information provided by another information content provider; and (3) Whether plaintiff's claims seek to treat the defendant as a publisher or speaker of the third party content. When the Plaintiff is looking to treat the defendant as a publisher or speaker the court must see how close the provider is to the information.

When evaluating if Section 230 applies to Google and Microsoft it is clear they are interactive computer services and are therefore protected by the immunity granted by Section 230. Neither Google nor Microsoft can be brought before State courts for claims of liability for any cause of action that is inconsistent with Section 230. In this

case the answers to the aforementioned questions show: (1) Google and Microsoft are both interactive service providers; (2) they both posted information provided by another information content provider (Rip-off Report) and (3) Plaintiff is looking to make them a publisher of the information. However they are not a publisher of the information. The information was user-generated content that was posted on a different Internet site. Google and Microsoft only provide a search that when the plaintiffs name or business name is input, the information becomes accessible. Therefore Google and Microsoft are immune from this cause of action under Section 230 of Title 47 of the United States Code. Google and Microsoft made this clear to Plaintiff in their responses. They informed Plaintiff that they are not a party to this case, they are not libel to plaintiff for any damages, and they are not restricted by any restraining order issued by the State Courts. However, if plaintiff follows the correct procedure and gets an order for Rip-off Report to remove the content and they refuse Google and Microsoft will voluntarily remove the information from their system. Google and Microsoft are under no obligation to remove the URL's from their search results.

Ripoff Report is an interactive website, which describes itself as a worldwide consumer reporting website and publication, by consumers, for consumers to file and document complaints about businesses, professionals or individuals. The Rip-off Report's published policy is that it will not remove a report from its website even if the report is adjudged defamatory or even if the author requests the report be taken down. The Rip-off Report's policy is that any statement posted on its website is a permanent record. The defendant offers links to third party commercial fee-based services to remove any defamatory or false reports posted to Rip-off Report. As an interactive computer service they are also protected under Section 230. The information posted on their website is posted by third parties. Here, in order for Plaintiff to have Ripoff Report excluded from protection under Section 230, he would have to show that Ripoff Report acted as a speaker or publisher for the content posted by these third parties. That has not been proven in this case.

Plaintiff also claims that the information posted on Rip-off report violates his trademark. Trademark infringement happens when you use a trademark owner's trademark or a similar mark in a way that is likely to confuse the public about the source or sponsor of your products or services. Although trademark law provides trademark owners with a powerful tool for protecting the integrity of their trademarks, the law does not permit them to silence legitimate reporting, commentary, criticism, and artistic expression. As one court put it: "Trademark rights do not entitle the owner to quash an unauthorized use of the mark by another who is communicating ideas or expressing points of view." L.L. Bean, Inc. v. Drake Publishers, Inc., 811 F.2d 26, 29 (1st Cir. 1987). Because of the important role that trademarks play in our cultural vocabulary, "much useful social and commercial discourse would be all but impossible if speakers were under threat of an infringement lawsuit every time they made reference to a person, company or product by using its trademark." The New Kids on the Block v. News America Publ'g, 971 F.2d 302, 306 (9th Cir. 1992). The primary goal of trademark law is to protect consumers from confusion about the source or sponsorship of goods or services. Here the plaintiff trademarked his name and business. To have an infringement the statements posted would have to have created confusion for consumers. Trademarks do not protect the creator from the public's rights to commentary and criticism. The court has often found that trademark use is often found in criticism of a company or business and this allowance is important but would be impossible if speakers always feared a lawsuit. Here consumers who were unsatisfied with the services plaintiff provided were addressing Plaintiff's name and business in criticisms. Google, Microsoft and Rip-off report were conduits for this criticism but were not making the postings themselves.

In the instant case, Plaintiff has not established that a trademark infringement has occurred and that any exclusion to the immunity granted to Google, Microsoft, and Ripoff Report by 47 U.S.C 230 is applicable. Accordingly the complaint is here by

dismissed, as there is no viable cause of action from which relief can be granted. Clerk is directed to enter judgment accordingly.

*March 25, 2014*
Dated: ~~February 20, 2014~~

Milton A. Tingling, J.S.C.

**FILED**

MAR 2 7 2014

COUNTY CLERK'S OFFICE
NEW YORK

# EXHIBIT 2

METRO   **EXCLUSIVE**

# Woman says 'sugar daddy' threatened her with butcher knife

By Rebecca Rosenberg

June 1, 2015  |  1:46am



Photo: SeekingArrangement.com

A top immigration lawyer who regularly appears on the cable-news networks threatened to kill a gal pal he met on a sugar-daddy website, Manhattan court papers allege.

Rahul Manchanda, 42, waved a butcher knife and acted as if he were going to toss it at 30-year-old squeeze Kate Bose, a graphic designer for Ralph Lauren, according to court documents.

During the pair's late-night brouhaha inside Manchanda's posh Financial District pad in August, the lawyer bizarrely bellowed, "The government trusts me to kill people! I'll f—king kill you! I don't give a f—k anymore!" the criminal complaint states.

The hotheaded barrister met Bose in 2013 through SeekingArrangement.com, which pairs wealthy fat cats with young women who want to be spoiled, according to court papers.

Manchanda was arrested when he turned himself in at the First Precinct on Sept. 2. He is set to next appear in court Wednesday.

At the precinct, he allegedly railed to cops about his ex-flame, who previously worked for L'Oreal, Mac Cosmetics and Kenneth Cole,

according to her LinkedIn page.

"This is bulls--t!" Manchanda raged, according to court papers. "The girl is the one who did stuff to me. You don't have any evidence on me. What's your evidence?

"This is ridiculous what she is going to get away with. She [is] a reoccurring drug addict. I've saved her life. This is what happens. You save their lives, and they try to take advantage of you. She extorted money from me the whole time."

Manchanda was charged with menacing, harassment and possession of a weapon after the spat at his digs near the New York Stock Exchange.

The lawyer, who specializes in international litigation, has appeared on networks such as CNN and Fox News to discuss everything from Justin Bieber's possible deportation back to Canada to the tribunal trial of Saddam Hussein.

In a bid to have the charges against him dismissed, the Boston University grad charged in court papers filed March 16 that Bose was nothing more than a "violent drug-addicted alcoholic and career prostitute" who has been extorting him since they met.

Manchanda said Bose continues to call him at all hours, that she recanted the allegations in a November e-mail to the assistant district attorney — and even says she asked that the restraining order against him be withdrawn.

Manchanda also accused her of having previously filed similar complaints against former beaus.

Manhattan Supreme Court Justice Tandra Dawson denied the motion to dismiss, and prosecutors are proceeding with the case without Bose's cooperation.

Manchanda's lawyer, Todd Spodek, told The Post, "This complainant has zero credibility, she has recanted numerous times, and we will fight these frivolous allegations."

Bose didn't return calls requesting comment.

FILED UNDER   **LAWSUITS**

Recommended by

# EXHIBIT 3

5/12/2016

Case 1:16-cv-06350-PKC Document 29-1 Filed 05/18/16 Page 15 of 33
Ripoff Report | Manchanda Law Offices, Rahul Manchanda Complaint Review New York, New York 2387859

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...


# Ripoff Report.

Don't let them get away with it!® Let the truth be known!™

FILE A REPORT

Company Name or Report #     SEARCH

Review Latest Reports     Advanced Search     Browse Categories

Total Visits since 1998: 8,820,000,000     Estimated money Consumers saved since 1998: $15,449,000,000.68     Reports filed: 2,054,746

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In the Media | Ripoff Report Investigates | Repair your reputation the right way **Corporate Advocacy Program** | Register or Login |

■ Ripoff Report protects consumers first amendment right to free speech

Ripoff Report Investigates, Sponsored By...   Lear How to Buy and Invest in Silver Today!   Get Your Free Kit ▶


Real Estate Fraud

**How to protect yourself from Real Estate Identity Fraud**
**Watch our new web series Ripoff Report Investigates**
Our 6 part series on real estate identity fraud shows how easily
these swindlers can steal your home and equity and what you
need to protect yourself from.

Watch Now!


How Does Your
Credit
Stack Up?

X

**Ripoff Report**
INVESTIGATES
**Every Homeowner is at Risk!**
Don't Let Them Get Away with it. ®

**Stole Money from Homeowners,**
**even after being Jailed.**
Learn how to protect yourself from
these scammers.

Watch Now!

Experience Renewal
with Signature
Wellness Amenities

BOOK NOW

**Report: #337859**

# Complaint Review: Manchanda Law Offices, Rahul Manchanda

Related Reports

Raquel Silva law LGBTQ I failed adoption! broke our hearts and our wallets davis California

Law firm Gencs Valters in Estonia How law firm Gencs Valters tricked us into paying $2000 and refused to refund us Tallinn

Michele Bermel Michelle Bermel Extremely unethical law guardian, which was PROVEN in court. She should be forever banned from representing vulnerable...

The Beltz Law Firm Jeffrey Beltz Failed to provide services hired for Dallas Texas

Georgia Car Credit They repossess the car and then resell it. They later on hire a law firm to sue the original owner for thousands of dollars, Valdosta...

David Winer and Rahul Shastri of Kagan Shastri LLP Kagan Shastri LLP / David Winer and Rahul Shastri of Kagan Shastri LLP incompetent lawfirm! Toronto....

Falcon Legal Group Falcon Legal Group, Woodland Hills, Falcon Legal Group PC, Falcon Legal Group LLC SCAM, NOT A REAL LAW FIRM, NO LAWYERS, CROOKS, STEALING...

Linebarger Goggan Blair & Sampson, LLP $9,600 Fraud Attempted by Criminal Law Firm Denver Colorado

Jennifer Lim Law Offices of Jennifer Lim Worst Attorney To Work with Los Angeles California

Clarkston Autobody and Towing 1 and 2 They did not keep parts removed as required by state law. They did a terrible job of aligning my front bumper hood...

Ripoff Reports

**Submitted:** Fri, June 06, 2008     **Updated:** Mon, October 27, 2014
**Reported By:** — N. Ft Myers Florida

Manchanda Law Offices, Rahul
Manchanda
80 Wall St, Suite 705
New York, New York
U.S.A.

**Phone:** 866-761-5308
**Web:**
**Category:** Attorneys & Legal
Services



## Manchanda Law Offices, Rahul Manchanda Let's unite and fight this guy. I already won a fee disputes New York New York

***Consumer Comment: Notice of Subpoena**

***Consumer Comment: Notice of Court Proceeding**

***Consumer Suggestion: Pending Suite Against Manchanda Law Offices**

***Consumer Comment: did he got arrested?**

***Consumer Comment: benjamin**

***Consumer Comment: contact me dan please I am filing the complain!**

***Consumer Comment: Rahul Benjamin Manchanda?**

***Consumer Comment: About this Manchanda Law offices, I have**

5/12/2016

Case 1:16-cv-03836-PKC Document 29-1 Filed 05/18/16 Page 16 of 33
Ripoff Report | Manchanda Law Offices Rahul Manchanda Lets unite and... New York New York 337859



**Intercontinental Capital Group TRUSTED**
BUSINESS REVIEW: Intercontinental Capital Group, Inc commitment to total consumer satisfaction. Intercontinental...

**VL Health Volcan Health I fell for the Internet add for MetaboMatrix** at a very cheap rate and the cleansing agent that went along with it because all...

**James Bennett**

@James_Space Scammer Con Artist London

**ADCOR Industries** Jimmy Stavrakis Refuses to Pay Invoice, Past Due 120 Days old, Broken Promises to Pay. Baltimore Maryland

**Xfinity Energy Cameron Kelly Cameron Kelly** Rip-Off with money cameron and is company will fix there numbers to don't paid you for your work and efforts...


**Bullseye Holsters Owners Rodney and Rob** Faulty, defective, potentially deadly holster Orange Park Florida


**Jim's Renovation Jim runciman I hired him to do work for me he** job half done and wrong his work failed city inspection he demanded I...


**1800Flowers 1-800-Flowers False Advertising And Promises** Internet


**America Vacations Travel Nationwide**

**VCC LLC Sean Sorsby Andrew Frith Brad Davis VCC LLC Scams Business in** Florida using day labors with no experince Tampa Nationwide


**She'll Gas station Cari or Andrea Security to go test drive a vehicle that I** was trying to purchase Brooklyn New York


**Nolyn acoustic system N 70 Danmark**

**WWW NEWTOYSZONE COM I have** never heard of this company but they still managed to steal 9.33 from my bank account on march 28, 2016. I plan to file a report...

**used them**

Like 0 | G+1 Recommend this on Google | Tweet

**RIPOFF REPORT**
**LEGAL DIRECTORY**

**REBUTTAL BOX™ | Respond to this Report!**

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

Manchanda has many postings against him on this site; most of them have the same complaint, people have been overcharged, incorrectly or fraudently billed, misrepresented, and lied to. It is attomeys like this that give others a bad name. Everyone that has filed here has done so for one reason, to stop the same thing from happening to someone else. You feel that it is your duty to make a statement that can help protect others from predators like this.

It is your duty to do that. You can do that and more. You may even be able to get some of your hard earned money back, or better yet to put this guy where he belongs; out of business, behind bars, or back working at a burger joint making french frys and wondering how he is going to pay his mortgage without stealing like the rest of us are.

I filed a complaint against Manchanda with the Joint Comittee on Fee Disputes, and I won my case. I did not hire a lawyer, it was quite easy to do. They are nice people that are there to help you, they want to rid the system of operators like this that give all lawyers a bad name.

In my case Manchanda was directed to return over 1/3 of my retainer, plus drop the legal fees of $2700 that he charged for his defense of my complaint. Manchanda's lawyer said before we started that the defense charges were billed in error, even though they were billed for 8 months with Manchanda attempting to put them in my credit report. The court procedure was completed in 2 hours with my participation on the telephone from my house.

Please for all of us, file a complaint where it matters. File a complaint with the: Joint Committee On Fee Disputes and Reconciliation, 14 Vesey Street, NY, NY 10007 Ph. 212-267-6646, ext 207, Fax 212-406-9252
As well as: NYS Bar Deptartment Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department, 61 Broadway, NY, NY 10006. Phone 212-401-0800, fax 212-401-0810
They will help you. They will also get very tired of hearing the name "Rahul Manchanda" and company.

I also plan to set up a website in the near future so everyone can get together and go after this guy as one. Keep checking this site for more information.

Dan fl
N. Ft Myers, Florida
U.S.A.

This report was posted on Ripoff Report on 06/06/2008 05:14 PM and is a permanent record located here: http://www.ripoffreport.com/r/Manchanda-Law-Offices-Rahul-Manchanda/New-York-New-York-10005/Manchanda-Law-Offices-Rahul-Manchanda-Lets-unite-and-fight-this-guy-I-already-won-a-fee-337859. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Manchanda Law Offices, Rahul Manchanda

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

Manchanda Law Offices, Rahul Manchanda [ Search ]  Search Tips

**Report & Rebuttal**

**Respond to this report!** | **Also a victim?** | **Repair Your Reputation!**

← Is this Ripoff Report About you?

Ripoff Report A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now.

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™

SEO Reputation Management at its best!

5/12/2016

Case 1:16-cv-03350-PKC Document 29-1 Filed 05/18/16 Page 17 of 33
Ripoff Report | Manchanda Law Offices Rahul Manchanda Complaint Review New York, New York, Nationwide 38789

[ File a Rebuttal ] [ File a Report ] [ Get Started ]

**Arbitrate**

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!



LinkedIn Corporation liars, game players, dishonest, not telling the truth, removes members for any reason, disrespectful, illegitimate, NOT an honest...

Zkum Arch Corp An Unprofessional Architect Bayside New York

Minglu Trading Company I ordered Fit Flops cha cha jungle online and minglu trading company withdrew the funds from my account,I was never sent an invoice...

Slots Inferno Scammed Out Of Winnings Internet

Uhaul Uhaul rents trucks that have retread tires it causing a major break down Phoenix Arizona Nationwide

Dish net work First of all I had problem with Dish Net Work service the first week I sign of a long un satisfying 2 year contract. Lynchburg virginia...



pbReCommerce GmbH Patrick Beukert pbReCommerce GmbH, pbrecommerce.de, BUYER BEWARE FRAUD!! Berlin Internet



Gentech LLC Internet



Shane Bellone fishstick.com, fishstick.com Shane Bellone Launches Fish Stick - Shane Bellone Domain Fraud Scammer Manchester connecticut



Expedited Fresh Epic Trans Unpaid wages Oxford Florida

RITCHIE BROS AUCTIONEERS I purchase new unused 2015 widkat skidsteer backhoe ,attachment, first time I used bucket collapsed very thin metal. Only manufactured...



Golfclubdocteur Spymonde Bespokeclubs Golfdebarthe He

REBUTTALS & REPLIES:

|  | 0 | 8 | 0 |
|---|---|---|---|
|  | Author | Consumer | Employee/Owner |

**Updates & Rebuttals**

**#1** Consumer Comment

# Notice of Subpoena

AUTHOR: MAN ESQ - ()

SUBMITTED: Monday, October 27, 2014

Re:     *MLO - v.- Younglawyer et al.*

New York State, Supreme Court, Kings County Index No.: 506175/2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity by subpoena. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street, Brooklyn, NY 11201. Any parties objecting to this request may do so anonymously by responding herein and must state the basis for such objection in accordance with applicable law. Objections made in bad faith or without merit may be subject to a motion for contempt of court, attorneys' fees, or court ordered sanctions against the poster. The basis for the lawsuit is a defamation action against the defendants.

Respond to this report!   [ File a Rebuttal ]

**#2** Consumer Comment

# Notice of Court Proceeding

AUTHOR: MAN ESQ - ()

SUBMITTED: Tuesday, October 14, 2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street, Brooklyn, NY 11201.

The caption is set forth below:

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

————————————————X

MLO,

Plaintiffs,

Index No.: 506175

-against-

"YOUNGLAWYER", "ANONYMOUS[1]", "CLINTON", "NYC ATTORNEY", "DEEDEE",

"GRACE W.", "ANONYMOUS[2]", "J.AHMEDI", "STEVE B", "MARYIO07", and John Does 1-9, names fictitious representing the anonymous posters of

defamatory content described herein,

Defendants.

————————————————X

Respond to this report!   [ File a Rebuttal ]

never sent the item I ordered
worth 360 euros France or
England Internet England, France

View past featured reports

Ripoff Report in the Media


Ripoff Report on
CBS 19


Ripoff Report on
CBS 19 - Global
Marketing Alliance


Ripoff Report on
ABC 15 - Smart
Shopper


Ripoff Report - Girls
Gone Wild


Ripoff Report on
Fox 11 - Car Repair

See more videos

**#3** Consumer Suggestion

## Pending Suite Againsts Manchanda Law Offices

AUTHOR: IT Computer Support New York - (United States of America)

SUBMITTED: Monday, December 06, 2010

We have a case pending against Manchanda as well. I am a computer consultant
that did work for him back in April of this year. When I began several of the
attorneys working there were being fired without pay. As we began billing him the
office manager (a new hire) was also let go without pay. This seems to be common
practice for him. Anyone who has worked for and has been ripped off by Mr
Manchanda please contact me. Our case is pending this month in NYC. Please
contact me for details.

IT Computer Support NYC
New York, NY

Respond to this report!  [ File a Rebuttal ]

---

**#4** Consumer Comment

## did he got arrested?

AUTHOR: - (USA)

SUBMITTED: Tuesday, November 09, 2010

i see no more complaint"s against him.did he got arrested?

Respond to this report!  [ File a Rebuttal ]

---

**#5** Consumer Comment

## benjamin

AUTHOR: - (USA)

SUBMITTED: Friday, October 29, 2010

A  good jewish name...you are simply dumb as they come.i hope that one day you
will face deportation then you will understand our pain.Rahul you are a thief and
everyone working in your office.cant wait to see them on newspaper getting
arrested.please god show us what you do to bad people.

Respond to this report!  [ File a Rebuttal ]

---

**#6** Consumer Comment

## contact me dan please I am filing the complain!

AUTHOR: anonymous - (Virgin Islands (US))

SUBMITTED: Thursday, October 28, 2010

Dan , did he harm you ?

I am scared...

Respond to this report!  [ File a Rebuttal ]

---

**#7** Consumer Comment

## Rahul Benjamin Manchanda?

AUTHOR: KA - (United States of America)

SUBMITTED: Friday, February 19, 2010

Mr. Rahul Manchanda - I am aware of your IT talents and how you have a million
websites - all singing songs of glory for you - the IMMIGRATION SPECIALIST.
Reality is, you shouldn't be allowed in the same room as other competent lawyers,
as it is a disrespect to them.

You find it funny when you write praises about yourself all over the internet, but this

is not funny to your ex-clients whose bank accounts are empty and lives destroyed because you overcharged them and delivered NOTHING.

Its easy to believe him when he tries to sell his services to you. It sounds like you are getting the whole INS (BSCIS), IRS, FBI working for you, but after you sign the retainer, you will notice forget these agencies, even he doesnt have a clue how to solve your case; his other attorneys will quit the case midway; you will be billed when the new attorney spends hours going through all your documents (I paid for this TWICE!) and when there is no attorney in his office, your case will be assigned to the secretary.

A request to anyone even THINKING about hiring the Manchanda Law Office:-
1. Do your research; ask around; **if you find ONE happy customer coming out of that office, go for it**.
2. If you can't find anyone who used this lawyer before, go by **referrals**, do not even think about calling his office.

Respond to this report! [File a Rebuttal]

---

#8 Consumer Comment

## About this Manchanda Law offices, I have used them

AUTHOR: Benjamin - (U.S.A.)

SUBMITTED: Saturday, July 05, 2008

My name is Benjamin , I disagree with the gentlemans comments above This law firm Bent over backwards for me, to qalify me to become a US citizen and the opportunity of counsel by this law firm, in an immigration action that i have been going through for 10 years, I brought with me all the paperwork from endless consultations with Consulting fee's and retainers with other Law firms with no success, after meeting with the team of lawyers in this office theyinsucted and guided me through the immigration process together made a plan put all my paperwork in order and told me I would be a citizen within 6 months , I had been told that before but only to be denied, The Machanda Law firm and its chief RAHUL MACHANDA , IMMIGRATION LAWYER SPECIALIST . CAME THROUGH AND GOT MY GREEN CARD APPROVED WITHIN 6 MONTHS AS PROMISED THANK YOU MACHANDA LAW FIRM, THANK YOU RAHUL MACHANDA, For the life changing process of becoming a dream come true US citizen, in the promised land i dreamt of as a boy

thank you for listening
Thank you Rahul Machanda, immigration specialist

Thank you
sincerly
Benjamin

Respond to this report! [File a Rebuttal]

---

### Report & Rebuttal

**Respond to this report!**
[File a Rebuttal]

**Also a victim?**
[File a Report]

**Repair Your Reputation!**
[Get Started]

### Arbitrate

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!


Do it yourself guide

Ripoff Report

loading
Close

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |
Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! | Go to Mobile Version of Ripoff Report |
Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests |

Copyright © 1998-2016, Ripoff Report. All rights reserved.

# EXHIBIT 4

By consumers, for consumers...

# Ripoff Report.

Don't let them get away with it!® Let the truth be known!®

FILE A REPORT

Company Name or Report #     SEARCH

Review Latest Reports   Advanced Search   Browse Categories

Total Visits since 1998: 8,820,000,000    Estimated money Consumers saved since 1998: $15,449,000,000.68    Reports filed: 2,054,746

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In the Media | Ripoff Report Investigates | Repair your reputation the right way **Corporate Advocacy Program** | Register or Login |

■ Ripoff Report protects consumers first amendment right to free speech

Ripoff Report Investigates, Sponsored By...     Lear How to Buy and Invest in Silver Today!  Get Your Free Kit  LEAR CAPITAL


AdChoices
Get up to $650 in credits per line



**How to protect yourself from Real Estate Identity Fraud**

Watch our new web series Ripoff Report Investigates

Our 6 part series on real estate identity fraud shows how easily these swindlers can steal your home and equity and what you need to know to protect yourself .

Watch Now!

X

Ripoff Report INVESTIGATES
**Every Homeowner is at Risk!**
Don't Let them Get Away with it. ®

Stole Money from Homeowners, even after being Jailed.
Learn how to protect yourself from these scammers.

Watch Now!

Report: #1065994

# Complaint Review: Rahul Manchanda

**Related Reports**

David Winer and Rahul Shastri of Kagan Shastri LLP / David Winer and Rahul Shastri of Kagan Shastri LLP incompetent lawfim/ Toronto ...

Rahul Shastri and David Winer of law firm Kagan Shastri LLP Kagan Shastri LLP / Rahul Shastri and David Winer of law firm Kagan Shastri LLP Rip Off Lawfirm...

Rahul Sharma aka Aposcrip aka 3Embed aka iDeliver aka postmates clone script Scammed me for my money, Lied to me on many occasions, Provided me with non...

Rahul Shastri / law firm Kagan Shastri LLP Rahul Shastri / law firm Kagan Shastri LLP / Drafts Deficient Pleadings and Deficient Appeal Material Toronto...

Rahul Shastri Rahul Shastri - deficient pleadings - incompetent lawyer Toronto Ontario

ShimlaTravels.us :Rahul,Kunal Sharma This is a Fraud Travel Agency Internet

Muhammad Harris/ Rahul Roy - Shimlatravels Harris Travel - Muhammad Harris,Shimla Travels - Rahul Roy Flight Travel Agent Fraud Flushing New York

Rahul Manchanda-Manchanda Law Offices Dishonest, Fraudulent billing, Over priced, clueless New York New York

Manchanda Law Offices - Rahul Manchanda - Manchanda Law Rip Off Artist Contact the NY Bar see addresses below New York New York

Manchanda Law Offices Worst Immigration and Deportation Attorney New York New York

**Ripoff Reports**

Intercontinental Capital Group

Submitted: Wed, July 10, 2013   Updated: Mon, October 27, 2014

Reported By: J.Ahmedi — Alabama

Rahul Manchanda
Internet
USA

Phone:
Web: www.manchanda-law.com
Category: Attorneys & Legal Services

## Rahul Manchanda Rahul Dev Manchanda Manchanda Law FirmRahul Manchanda Rahul Manchanda - Fraudulent, Divorced Lawyer who has Declared Bankruptcy & is a Proven Criminal New York New York

*Consumer Comment: Notice of Subpoena

*Consumer Comment: Notice of Court Proceeding

*General Comment: RAHUL MANCHANDA IS A BILLIONAIRE -THE ORIGINAL BATMAN (BRUCE WAYNE)

*General Comment: Truth Hurts

Like  0   G+1  Recommend this on Google   Tweet

**REBUTTAL BOX™ | Respond to this Report!**

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

A lot has been written about Rahul Manchanda - as in - what a fraudulent & terrible lawyer he is. How he has defrauded his own employees and clients. All of that is true. However, nothing has been written about how his own law firm has declared bankruptcy, and how he is mistreating his own family (his wife and children).

Yes, Manchanda Law Firm has filed for

← Is this Ripoff Report About you?

**Ripoff Report**

A business' first



LEARN HOW TO BUY AND INVEST IN GOLD AND SILVER TODAY GET YOUR FREE INVESTOR KIT
Get it Now »
LEAR CAPITAL

TRUSTED BUSINESS REVIEW:
Intercontinental Capital Group, Inc
commitment to total customer
satisfaction. Intercontinental...


VL Health
Voican Health I
fell for the
Internet add for
MetaboMatrix
et a very cheap rate and the
cleansing agent that went along
with it because all...


James Bennett

@James_Space Scammer Con
Artist London


ADCOR
Industries
Jimmy Stavrakis Refuses to Pay
Invoice. Past Due 10 Days old.
Broken Promises to Pay, Baltimore
Maryland


Xfinity Energy
Cameron Kelly

Cameron Kelly Rip-Off with money
cameron and is company will fix
there numbers to don't paid you
for your work and efforts...


Bullseye
Holsters
Owners
Rodney and
Rob Faulty,
defective,
potentially deadly holster Orange
Park Florida


Jim's
Renovation Jim
runciman I
hired him to do
work for me he
came in did the
job half done and wrong his work
failed city inspection he
demanded i...


1800Flowers 1-
800-Flowers
False
Advertising
And Promises
Internet


America
Vacations
Travel
Nationwide


VCC LLC Sean
Sorsby Andrew
Frith Brad
Davis VCC LLC
Scams
Business in
Florida using day labors with no
experince Tampa Nationwide

She'll Gas
station Carl or
Andrea
Security to go
test drive a
vehicle that I
was trying to purchase Brooklyn
New York

Nolyn acoustic
system N 70
Danmark


WWW
NEWTOYSZONE.COM I have
never heard of this company but
they still managed to steal 9.33
from my bank account on march
26, 2016. I plan to file a report...

Linkedin
Corporation
liars, game
players,
dishonest, not
telling the truth, removes members
for any reason, disrespectful,

bankruptcy.

On top, Rahul Manchanda has been harrassing his own wife and children. He is not only a fraudulent lawyer, but, he is also a bad husband and a father --- and that too a bankrupt one.

**Be careful and hope this nightmare of a guy is closed down, and moves to Guantanamo.**

line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction Click here now..

Does your business have a bad reputation? Fix it the right way. Corporate Advocacy Program™

SEO Reputation Management at its best!



This report was posted on Ripoff Report on 07/10/2013 02:35 PM and is a permanent record located here: http://www.ripoffreport.com/r/Rahul-Manchanda/internet/Rahul-Manchanda-Rahul-Dev-Manchanda-Manchanda-Law-FirmRahul-Manchanda-Rahul-Manchanda-F-1065994. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Rahul Manchanda

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

| Rahul Manchanda | Search | Search Tips |

**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| File a Rebuttal | File a Report | Get Started |

**Arbitrate**
Remove Reports?
No! Better yet! Arbitrate to set the record straight!

REBUTTALS & REPLIES

| 0 | 4 | 0 |
|---|---|---|
| Author | Consumer | Employee/Owner |

**Updates & Rebuttals**

**#1 Consumer Comment**

**Notice of Subpoena**

AUTHOR: MAN ESQ - ()
SUBMITTED: Monday, October 27, 2014

Re: *MLO - v.- Younglawyer et al.*

New York State, Supreme Court, Kings County Index No.: 506175/2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity by subpoena. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street, Brooklyn, NY 11201. Any parties objecting to this request may do so anonymously by responding herein and must state the basis for such objection in accordance with applicable law. Objections made in bad faith or without merit may be subject to a motion for contempt of court, attorneys' fees, or court ordered sanctions against the poster. The basis for the lawsuit is a defamation action against the defendants.

Respond to this report! | File a Rebuttal

**#2 Consumer Comment**

**Notice of Court Proceeding**

AUTHOR: MAN ESQ - ()
SUBMITTED: Tuesday, October 14, 2014

Please be advised that a court proceeding has been initiated regarding this posting in which the plaintiff seeks to learn the author's identity. The lawsuit is in the Supreme Court, State of New York, County of Kings, located at 360 Adams Street,

Case 1:16-cv-03350-LDH Document 29-1 c Filed 05/18/16 c Page 22 of 83
Case 1:16-cv-03350-LDH Document 29-1 c Filed 05/18/16 c Page 4 of 83

illegitimate, NOT an honest...


Zium Arch Corp
An
Unprofessional
Architect
Bayside New
York


Minglu Trading
Company I
ordered Fit
Flops cha cha
jungle.online
and minglu
trading company withdrew the
funds from my account,I was
never sent an invoice...


Slots Inferno
Scammed Out
Of Winnings
Internet


Uhaul Uhaul
rents trucks
that have
retread tires It
causing a
major break
down Phoenix
Arizona Nationwide


Dish net work
First of all I had
problem with
Dish Net Work
service the first
week I sign of
a long un satisfying 2 year
contract, Lynchburg virginie...


pbReCommerce GmbH Patrick
Beukert pbReCommerce GmbH,
pbrecommerce.de, BUYER
BEWARE FRAUD!! Berlin Internet


Gentech LLC
Internet


Shane Bellone
fishstick.com ,
fishstick.com ,
Shane Bellone
Launches Fish
Stick - Shane
Bellone
Domain Fraud Scammer
Manchester connecticut


Expedited
Fresh Epic
Trans Unpaid
wages Oxford
Florida


RITCHIE BROS

AUCTIONEERS I purchase new
unused 2015 wildkat skidsteer
backhoe ,attachment, first time I
used bucket collapsed very thin
metal. Only manufactured...


Golfclubdocteur Spymonde
Bespokeclubs Golfdebarthe He
never sent the item I ordered
worth 360 euros France or
England Internet England, France

View past featured reports

Brooklyn, NY 11201.

The caption is set forth below:

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

————————————————————X

MLO,

Plaintiffs,

Index No.: 506175.

-against-

"YOUNGLAWYER", "ANONYMOUS[1]", "CLINTON", "NYC
ATTORNEY", "DEEDEE",

"GRACE W.", "ANONYMOUS[2]", "J.AHMEDI", "STEVE B",
"MARYIO07", and John Does 1-9, names fictitious representing the
anonymous posters of

defamatory content described herein,

Defendants.

————————————————————X

Respond to this report!   [ File a Rebuttal ]

---

**#3** General Comment

## RAHUL MANCHANDA IS A BILLIONAIRE - THE ORIGINAL BATMAN (BRUCE WAYNE)

**AUTHOR: FREDERICK JONES - ()**

SUBMITTED: Saturday, September 28, 2013

Who gives a sh*?

This man's family owns A-1 Specialized Services (http://www.a-1specialized.com)
which recycles platinum from old used carburetors and sells the platinum bricks
back to the Automotive Industry - they make $2.8-3 billion dollars per year.

They don't give a f*k about money.

Suck a d*k b*ch.

---

Respond to this report!   [ File a Rebuttal ]

---

**#4** General Comment

## Truth Hurts

**AUTHOR: NYMOM - ()**

SUBMITTED: Saturday, August 03, 2013

Just to clarify two small details in the above report...EX wife.  Divorced since 2008
and the media has been contacted.  For whatever reason the NY Post first opted to
run a story then backed out.  Hopefully one day justice will be served.

---

Respond to this report!   [ File a Rebuttal ]

## Report & Rebuttal

**Respond to this report!**     **Also a victim?**     **Repair Your Reputation!**

[ File a Rebuttal ]     [ File a Report ]     [ Get Started ]

**Arbitrate**

5/12/2016                    Ripoff Report | Rahul Manchanda Complaint Review Internet: 28594

Case 1:16-cv-03350-PGG   Document 29-1   Filed 05/18/16   Page 24 of 83
Case 1:16-cv-03350-PGG   Document 29-1   Filed 05/18/16   Page 5 of 8

Case 1:16-cv-03350-PGG   Document 29-1   Filed 05/18/16   Page 5 of 8

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

## Ripoff Report in the Media



Ripoff Report on
CBS 19

Ripoff Report on
CBS 19 - Global
Marketing Alliance

Ripoff Report on
ABC 15 - Smart
Shopper

Ripoff Report - Girls
Gone Wild

Ripoff Report on
Fox 11 - Car Repair

See more videos

loading
Close





click **here**
to order
today!

Rip-off Report

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |
| Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! | Go to Mobile Version of Ripoff Report |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
| Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests |

Copyright © 1998-2016, Ripoff Report. All rights reserved.

# EXHIBIT 5

5/12/2016     Manchanda Law Office PLLC - Thief, Review 382370 | ComplaintsBoard



Create an account or   Sign in

Business or product name...

SUBMIT A COMPLAINT



The Law Firm of Alton C. Todd

Multi-Million Dollar Verdicts Earned for Accident Victims

THE LAW FIRM OF ALTON C. TODD   Contact us

# Manchanda Law Office PLLC

Manchanda Law Office PLLC Contacts & Informations

Posted:   Marylo07

## Thief

Complaint Rating:

**Contact information:**

Manchanda Law Office PLLC

80 Wall Street

New York, New York

United States

I spoke with Mr. Manchanda about my husband that was deported 3 years ago. He guaranteed me that he will bring him home no more than 3 months. I was absolutely thrilled. He requested me to send the file and $5, 000. and I told him I was going to have to borrow the money. I explained the situation that I had nothing left since my husband was our full financial supporter. I also just got a job at the time making 8.00/hr. He told me don't worry I will get him home and then we will sue the government for the pain and suffering they put us through. He said my husband's case was simple and not to worry. I even said please don't leave me without an attorney. He said absolutely not I like you and I feel your pain. He also knew at the time that our daughter had issues of depression from see her father being picked up and deported and plus he knew also of my manic depression issue also. He received the money spent it all in a month and charged me more on top. I tried to talk to him and he turned from being a nice guy to a rude, greedy, money, hungry, bs'er. He had people in his office calling me and harassing me for $500.00 and said to me if I couldn't afford it I should have gotten another attorney. Like really!!! He gave his word to me he would work with me and help me get my husband home and NON of it was true. Don't believe this man because he is a crook and everyone at the office.



ATL Trial Lawyers Group
Free Consultation. 15 Yrs Effective & Aggressive Legal Experience!

D X

Comments (7)     United States     Lawyers and Attorneys

Was the above complaint useful?   Yes   No

f 0    G+ 2    

## Comments

Sort by: ▲ Date | Rating

9th of Dec, 2010 by   Computer Support New York     ▲ ▼ 0 Votes

We have a case pending against Manchanda as well. I am a computer consultant that did work for him back in April of this year. When I began several of the attorneys working there were being fired without pay. As we began billing the office manager (a new hire) was also let go without pay. This seems to be common practice for him. Anyone who has worked for and has been ripped off by Mr Manchanda please contact me. Our case is pending this month in NYC. Please contact me for details.

IT Computer Support NYC
http://www.itcomputersupportnyc.com/
New York, NY

5/12/2016

Case 1:16-cv-03350-PBO Document 29-1 Filed 05/18/66 Page 27 of 33
Case 1-16-cv-03350-PBO Manchanda Law Office PLLC Review Stamp Complaints Board Page 3 of 8

! Report Spam

 2nd of Jun, 2011 by [ ]  law101

⌃ ⌄ 0 Votes

Please do not hire this lawyer. He is the worst immigration lawyer in NYC. Ask around. He will totally rip you off and do a terrible job on your case. Read his many complaints on /link removed/

Also do not work for him. It will be a waste of time as you will likely leave within a month or two. He is a joke. He threatens to sue and/or file complaints against former employees and clients. Ha Ha. This is coming from a guy who is constantly being sued and has had many many complaints filed against him. So scared. Not.

! Report Spam

[ ] 17th of Jun, 2011 by [ ] Don't be a victim of Manchanda

⌃ ⌄ +1 Votes

Don't base on the good review he had. He probably wrote it himself. Don't let him fool you. He WILL PROMISE YOU HE CAN FIX ANY PROBLEM YOU HAVE. He will take everything from you including, home, car, life savings and the SAD part is this guy don't even care. ALL HE WANTS IS YOUR MONEY. Let me tell you all about this guy. 1st -He will tell you your case is very easy and common (Such a nice guy during the first phone consultation--REMEMBER this is before you sign the retainer) then he will tell you come to his office and sign a $5, 000 retainer (so he can began to be your hero). When you are at the office, these people are so well trained on how to convince you to sign it. They make you feel like it's just a piece of paper that needs a signature. After you sign it and pay your dues, once you leave the office EVERYTHING changes (Now you are trapped). 2nd – Your first $5, 000 may last you um... one to three weeks or it could be less. One to three weeks for $5, 000 makes you believe it might be reasonable because they just started on the case so they need time to go over it. But wait, after that EVERY WEEK you will be billed anywhere from $1, 000 - $5, 000 it could be more (without your permission for going over the retainer). Seriously, it likes his clients are his personal credit card. He will run your bill $20, 000 to $50, 000 in no time. 3rd His attorney rates are $300-$400 an hour and there are other rates for paralegals and office clerks. Don't be surprise when you get your bill because 98% of time you will be billed for attorney rates. On the retainer list all the different rates but when you get your bill it is like there are no paralegals and office clerks even exist because everything is billed at ATTORNEY'S RATE. (EX. You pay $300-$400 an hour for somebody put a stamp on a letter to send it out or retrieve any information on your file if necessary from folders) The weird part is anybody can take your payment but nobody is allowed to discuss billing besides Rahul Manchanda. (I forgot to mention after the first phone consultation with Rahul then you sign the retainer, you will NEVER hear from this crook Rahul Manchanda again until he wants MOREEEEEEEE money from you. (Almost weekly basis) He is the guy that gets you in the door then it is time to start collecting MONEYYYY.) You will have pay however many hours he say his attorney has worked for you, basically with no proof. Sometimes he may send you an invoice stating the charges but NO Poof from any attorneys that have contributed the time. He generates bills and add extra hours that weren't even legitimate. The invoice is not very detail. (Ex. Tom did a research......4 hours---- $1600 then two days later Tom continue research.....5 hours---$2000) $300-$400 an hour? Lets do the math here based on $300 an hour. $300/60minutes that's $5 per minute, so people....... every Extra Minute he charges it takes almost average people an hour job. Again, every EXTRA MINUTE he charges it takes almost average people an hour job. 4th Please be advised No Employees, including ATTORNEYS can ever last very long working here. (2-3 months Wonder Why?????????) If you hire him be prepared for new attorneys anytime. (Remember every time they have new attorney your file would have to be review or study all over again, THE PRICE WILL BE BILLED TO YOU $300-$400 AN HOUR. No questions ask. He makes so much money on billing Clients but his Employees are always fired without PAY including Attorneys! Wow!? How does he do that? 5th After you sign the retainer Rahul Manchanda will never response to you other than you sending him payment information or involving getting payment to him. Sounds funny doesn't it? Again he will not response to your questions other than getting MONEYYYYY to him. I think this says it all.

Finally, loving people with good hearts that needed help...... please take my advice and don't fall in this trap. Don't take what his website and his brochure says even though he will e-mail it to you everytime. That's how it got most people because it is very persuasive (bunch false advertising). Go somewhere else and find a good attorney to represent you. If you don't believe me and want to get a second opinion or third or ................................. or thirtieth just Google this firm. Check out how many complaints and reports they have. They are all 100% true. (/link removed/

If you are a victim of this firm please write a review. (Ex Employees or Clients)

I believe one day justice will be served for this guy for what he has done to too many good families in this country. Don't worry if he threatens you in anyway. Take him to court. He has no legs to stand on. If you don't speak English don't worry hire a translator and take him to court because he will try to threat and scare you!

Another Bernie Madoff! What a Crook!!!

! Report Spam

[ ] 6th of Jun, 2014 by [ ] Rahul Manchanda is a thief

⌃ ⌄ +1 Votes

MANCHANDA LAW OFFICE is A SCAM

FALSE ADVITIZER

RAHUL MANCHANDA NEEDS TO GO TO JAIL FOR HIS SKEAMS

Rahul dev Manchanda is not a human being nit a lawyer, he is an animal, crook, unprofessional, deceiving painful I went to go see Rahul Manchanda for marriage case he said my case was easy Iand if I pay his retainer fee for 100000 he will file right away at the time I did not have any funds on me but I gave home 300 dollar for the first day because he is such a good speaker and I believe in him I met mr Manchanda on May 30 2014 on a Friday we made an appoint for Monday for me to pay him first so he can email me some paper works application, on Monday I June 2 2014 I paid him 3000 partial retainer fee we verbally agreed on 6000 since his retainer fee was 10000 so as I recieved the email from him I printed out the applications and follow the direction on the email, it's sate to call and schedule an appointment with dr mark as I woke up tue June 3 2014 I called dr mark to follow up on instruction on the email mr Manchanda send me to follow up on, as I called to schedule an appointment I told him mr Manchanda sent me he quickly cuts off the conversation and said to see him I gotta pay a fee of 2500 dollar, I was overwhelmed and surprise because mr Manchanda has never told me about paying this doctor all he told me was he is going to nail the government in the ass and my case should be easy and that he is "a mother fucker ", I shouldn't worry about anything once I spoke to dr mark and refused to accept the service I called mr Manchanda to tell him about the outrages fee hpthis doctor trying to charge and he quickly turn evil and careless stating that if I don't want to pay the doctor I don't have to but it will just hurt my case so I told him I could afford the doctor for him to give back my money because is smell his fishy ness and he was funny too fast he never performed any services for me I have only been in his office for less then 20 min for consultation and he spoke about himself mainly being on the front of the Newsweek magazine so now iam asking for my 3000 dollar I partially paid him in less the 24 hr he refuses to pay me back and makes up a false invoice with hour that he put in to my case, 1st how much can u do over night from the time I paid him to 9 am next morning when I recongnized he was lying and betraying me 2 he states on the invoice I went to see dr mark for 7 hours and that he consulted for 5 hour which was bogus lies I hate this man for what he made me and my wife goe through I wish I can touch him but I can't he actually tried to pull of a fake invoice with me with services he suggested I take but I never fall into his trick now he is holding my 3000 dollar hostage and I need my money since he knoe i hAveno paperwork he called the police on me and said I was harassing him so I could get a chance to come back to the office the officer told me to take him to court Nd I have been stuck ever since I still have the receipt and dated and sign with his signature any help out there please contact me seny.fofana99@gmail.com I need help on getting my money back back form Manchanda law office and associate

<span style="color:red">!</span> Report Spam

6th of Feb, 2015 by  Maryio07                                      ▲ ▼ +1 Votes

I agree completely that Manchanda is a thief! I posted the original over the immigration case of my husband. I wasted 2 years of mine, my daughter's and husband life with this law firm. I was promised the world of getting my husband home and then we were going to sue the government for doing harm to my family for the government mistakes in paperwork. Non of that happened except being harassed to hand over more and more money with nothing to show for. I even have emails on Thanksgiving Day harassing me to give more money to him. What human does such a thing? Manchanda is a ruthless, lier, thief that should not even have a license to practice law! After all the money I gave him I had to hire another attorney which thank God I found for the first time a legit hard working immigration attorney who actually fought for my family and within a year in a half got my husband back. If anyone who is in the process of suing this man please contact me because I am will to testify against this thief and hopefully get our money back and have him loose his license! Contact me at maryio07@yahoo.com.

<span style="color:red">!</span> Report Spam

6th of Feb, 2015 by  Maryio07                                      ▲ ▼ +1 Votes

Does anyone have a case against him? I am willing to give my emails to anyone if it will help to get our money back from this thief. My email is maryio07@yahoo.com

<span style="color:red">!</span> Report Spam

22nd of Mar, 2016 by  Chris remove                                  ▲ ▼ 0 Votes

RFR- awaiting payment

<span style="color:red">!</span> Report Spam

Post your Comment

Please check text spelling before submitting a comment

Your attitude towards Complaint

⚠



○ Agree  ● Neutral  ○ Disagree

**Comment text**

> Please provide as much information as possible...

Attach photos (optional)

Choose File   No file chosen

Submit



The Law Firm of Alton C. Todd

Multi-Million Dollar Verdicts Earned for Accident Victims — Contact us

National Aviation Lawyer

avlaw.us

Pilot Defense Attorney - Joseph Lamonaca, ATP, FAA Lead Safety Rep

ATL Trial Lawyers Group

Bankruptcy Lawyer

Injury Attorneys

## Subjects of Wide Speculation

1. **DonnaPlay** (10)
Unauthorized registration, charge to cancel

2. **Wegmans** (9)
Pharmacy Clerk and Management ( Wegmans Pharmacy, DeWitt, NY)

3. **Steverogersfakes.com** (7)
Fake ID

4. **Shari's Berries** (7)
Ridiculous shipping charges

5. **Bellez Design Studios** (6)
Hair Color, Cut and Unprofessional Behavior

6. **FakeIDsQuick.com** (6)
FAKE ID WESITE

7. **Ercan Gunduz (Lawyer)** (5)
Unethical Behaviour - Payment not received

8. **meetme** (5)
Nothing but fakes!

9. **Virgin Media Company Ltd** (3)
SMS message received about winning money

10. **Booking.com** (4)
Cheating and changing the prices after I have confirmed my reservation

5/12/2016                    Manchanda Law Offices PLLC Under Review 382370 | ComplaintsBoard

Case 1:16-cv-03350-PGG Document 29-17 Filed 05/18/16 Page 30 of 33
Case 1:16-cv-03350-PGG Document 29-17 Filed 05/18/16 Page 5 of 6



**Latest Questions**

AT&T

AT&T

Kat Loterzo

Fast link diplomatic Courier Service,London

Handyman Club of America

---

**Today's Mess-Up Photo**

Scam charges from



✉ **More Mess-ups**

---



Submit Complaint | Consumer Tips & Tricks | News & Stories | Groups | Sitemap | FAQ | View full list of Companies | Updated Complaints | Merged Complaints | Complaints by Countries | Latest Complaints | Terms of Use | Privacy Policy | DMCA Procedures | Investors / Business Offers | Legal Information | Thank you Emails

© 2016 ComplaintsBoard.com        Follow us: Google+
If you have an inquiry, or any constructive thoughts, creative ideas, and reasonable offers, please, contact us

# EXHIBIT 6

USACOMPLAINTS.COM
CONSUMER COMPLAINTS AND REVIEWS

SUBMIT A COMPLAINT    CONTACT US    **CATEGORIES ▾**    Search

*Complaint / review / scam report*

## Manchanda Law Firm / Rahul Manchanda
**Rahul Manchanda Ex-employee telling the truth about what goes on at Manchanda Law Offices, PLLC**

Get work done anywhere With Dragon professional-grade dictaiton for mobile. Try it free. 

*Complaint / review text:*

Rahul Manchanda has become the many bad person I've actually achieved. I'm embarrassed to express I worked for him to get a quantity of weeks, for the reason that period I noticed more than 10 lawyers come and proceed, more than 10 official supervisors/paralegal come and go since Rahul Manchanda is definitely an abusive fraud artist. He averages roughly one club criticism each week against him, one-fee challenge each week against him, and 2 lawsuits against him monthly. He does not spend his lease, his fees, his resources, his workers, or every other expenses.

He's simply no understanding of regulations and continuously lies. He employs small lawyers who're simply understanding and costs them at $350/hour while he gives them $15/time. Occasionally, he'd not really pay us since he does not have the cash.
He'd trick us into overbilling and technique customers into spending more. Individuals actually paid $40,000 for anything every other lawyer might do for $5000.00

He guaranteed to pay for medical health insurance for just one of his pregnant workers, than before she'd her kid he ended her plan retroactively, sticking her with more than 10,000 in medical expenses to conserve herself $1000.00. This really is after I eventually had enough and stop.

He's currently suing usacomplaints.com to try and conceal his terrible activities. He also employed a business to place usacomplaints.com reduce on the google research therefore people wouldn't have the ability to think it is once they look for him. He's actually a felon!!

Please avoid him. Should you currently employed him, please document charge conflicts and grievances using the Ny State Bar affiliation and please employ additional lawyers to prosecute him. Follow the hyperlink below to find out more on the best way to do that. He's an embarrassment towards the exercise of regulation and any good remarks you continue reading below were compiled by him on the phony mail. I don't understand one customer which was pleased with his solutions, actually they'd frequently plead me to depart the company and manage their instances by myself. Rahul Manchanda is just a shame. This is actually the connect to club grievances and charge conflicts, goodluck:

Http://www.nysba.org/Information/NavigationMenu/PublicResources/UnhappywithaNYAttorney/Unhappy_with_a_NY.htm

*Contact information:*

Author: Contact with Author

Offender: Manchanda Law Firm / Rahul Manchanda
Country: USA   State: New York   City: New York
Address: 80 Wall St. Suite 705
Phone: 2129688600
Site: manchanda-law.com
Category: Shops, Products, Services

---

SUBMIT A COMPLAINT

LAST COMMENTS

⚇ **ANISH**   2016-05-12
**Gautam Maingi**
High fees for normal services (1)

⚇ **AMAR**   2016-05-12
**EU Pays**
Payment gateway and advisor (2)

⚇ **BRIAN R**   2016-05-11
**Hannah Harper**
Condemned Racist Adult Actress (D ... (1)

⚇ **PATRICIA A WARREN**   2016-05-10
**Family Dollar**
Paid Vacation time earned, but un ... (1)

⚇ **BENNY**   2016-05-10
**Jes extender penis extender**
Jes extender is a scam! It broke ... (1)

⚇ **BENNY**   2016-05-10
**Jes extender penis extender**
Jes extender broke my penis! (1)

⚇ **PRABHAKAR**   2016-05-10
**EU Pays**
Payment gateway and advisor (2)

⚇ **CHER**   2016-05-09
**Automobile Inspections, LLC**
Do not use automobile inspections ... (1)

⚇ **WENDY SCHACK**   2016-05-09

Keith Middlebrook Fico Financial (1)

POPULAR COMPLAINTS

**24 Hour Fitness Walnut Creek**
Unauthorized deductions from my bank

**Devry University**
Credit Fraud and Theft

**The Art Institute of Pittsburgh online**
Dropping me from class

**American Medical Response (Metro Ambulance Services, Inc)**
Improper billing and unkept responses to send hardship form

**Docker's.com**
Khaki pants "customer service" returns

**Cardservice international**
Stole $900. 00 from my account some years back

**Bluegreen Vacations**
How To Get OUT of "Bluegreen" or ANY "Time Sharing" Contract (Four Steps to be FREE of Bluegreen)

ATL Trial Lawyers Group
Free Consultation. 15 Yrs Effective
& Aggressive Legal Experience!



**Robin Wilson**
Harrassment

**Matt**
Withholding builder funds 60 days plus

**Coral Sands Motel**
Bed Bugs-They know!

**SUBMIT A COMPLAINT**

## RELATED COMPLAINTS

**Manchanda Law**
Rahul Manchanda Attorneys beware of this firm

**Manchanda Law Offices PLLC**
Pending Case Againts Manchanda Law Offices

**Manchanda Law Offices**
Buyer Beware - Manchanda will rob you blindly

**Manchanda Law Offices**
The King Of the Scumbags

**Manchanda Law Firm / Rahul Manchanda**
Provided poor representation and misrepresented itself

**Rahul Dev Manchanda**
Cheated a poor family of $13000, cursed out a 55 yr old mother of 2 via emails

**Manchanda Law Offices, Rahul Manchanda**
Let's unite and fight this guy. I already won a fee disputes

**Manchanda Law Offices**
Rahul Manchanda Incompetent, Unprofessional, Unethical, VERY Expensive and a vulture who targets the vulnerable

**Manchanda Law Offices**
Rahul Manchanda This company is financially exploited all of its clients

**Manchanda Law Offices**
Rahul Manchanda - Manchanda Law Rip Off Artist Contact the NY Bar see addresses below New York

## 0 COMMENTS

ATL Trial Lawyers Group
Free Consultation. 15 Yrs Effective
& Aggressive Legal Experience!



## Information

Members, of group **Guest**, can not leave comments on this publication.
Please **register** on our website, it will take a few seconds.

**REGISTRATION**





USACOMPLAINTS.COM
CONSUMER COMPLAINTS AND REVIEWS

Submit a Complaint    Tags    Contact Us    Rules

Twitter

RSS

©2016 Usacomplaints.com