

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

direct dial 212 775 8750
jschachter@kilpatricktownsend.com

May 23, 2016

**BY ECF and HAND DELIVERY**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Manchanda v. Google, Yahoo, Microsoft*, 16-cv-03350 (JPO)(JCF)

Dear Judge Oetken:

We are counsel for Yahoo in the above captioned matter. Courtesy copies of the following documents, which all relate to Yahoo's Motion to Dismiss and Plaintiff's Motion for Contempt, are enclosed:

| **Dkt No.** | **Document** |
|---|---|
| 20, 28 | Yahoo's Motion to Dismiss |
| 20-1, 29 | Memorandum of Law In Support of Yahoo's Motion to Dismiss |
| 20-2, 29-1 | Yahoo's Request for Judicial Notice |
| 21, 22, 23 | Plaintiff's First Reply Affidavit in Opposition to Yahoo's Motion to Dismiss |
| 26 | Plaintiff's Motion for Contempt |
| 31 | Yahoo's Consolidated Response to Plaintiff's: (1) Opposition to Yahoo's Motion to Dismiss; and (2) Motion for Contempt |
| 32 | Plaintiff's Reply to Yahoo's Opposition to Plaintiff's Motion for Contempt |

For the reasons set forth in our May 23 letter objecting to Defendant's Second Reply Affidavit in Opposition to Yahoo's Motion to Dismiss (which objection is hereby incorporated

Hon. J. Paul Oetken
May 23, 2016
Page 2

into Yahoo's Consolidated Response at Dkt. 31), that document should not be considered and is not enclosed.

Respectfully submitted,

*/s/ Jeremy A. Schachter*

Jeremy A. Schachter

cc: Counsel (via ECF, w/out enclosures)