UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL MANCHANDA,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE, YAHOO,<br>MICROSOFT BING,<br><br>            Defendants. | Case No. 1:16-cv-03350-JPO |

### DECLARATION OF STEPHEN N. GIKOW IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT

I, STEPHEN N. GIKOW, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Google Inc. ("Google"). I submit this declaration in support Google's Opposition to Plaintiff's Motion for Contempt. The following facts are true of my personal knowledge, and if called and sworn as a witness, I could competently testify to them.

2. Attached as Exhibit 1 is a copy of Plaintiff's Summons and Complaint in *Manchanda Law Offices & Associates PLLC v. John Does 1-40*, Index No. 101158/13 (N.Y. Sup. Ct.), which Summons and Complaint was provided by Plaintiff to counsel for Google in this case and represented by him to be a true and correct copy of the complaint filed in that action.

3. Attached as Exhibit 2 is a copy of the final Order in *Anonymous v. Does, John 1 thru 47*, Index No. 101158/13 (N.Y. Sup Ct. March 25, 2014), which Order was provided by Plaintiff to counsel for Google in this case and represented by him to be a true and correct copy of the final order filed in that action.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2016 in New York, NY.

                                                         */s/ Stephen N. Gikow*
                                                         STEPHEN N. GIKOW