# Exhibit 1

**SUPREME COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK**

---------------------------------------------------------------x

**Manchanda Law Offices & Associates PLLC**

        Plaintiff,

   -against-

**John Does 1-40.**

        **Defendants.**

---------------------------------------------------------------x

**Index No.:**

**SUMMONS**

Plaintiff's Business Address:
14 Wall Street, 20th Floor
New York, NY 10005

The basis of the venue is the Plaintiff's place of business

To the Above-named Defendant:

 YOU ARE HEREBY SUMMONED to appear in the Supreme Court of the City of New York, County of New York at the office of the said court at 60 Centre Street, New York, New York, 10007, in the County of New York, within the time provided by the law as noted below and to file your answer to the annexed complaint with the Clerk; upon your failure to answer, judgment will be taken against you together with the costs of this action.

Dated: New York, New York
   August 14, 2013

_____
John Does 1-40

_____
Manchanda Law Offices & Associates PLLC
By: Rahul Manchanda, Esq.
14 Wall Street, 20th Floor
New York, New York 10005
Tel: (212) 968-8600
Fax: (212) 968-8601

NOTE: The law provides that (a) if this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY (20) days after such service; or
 (b) if this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY (30) days after proof of service thereof is filed with the Clerk of the Court within which to appear and answer.

**SUPREME COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK**
-------------------------------------------------------------------x

**Manchanda Law Offices & Associates PLLC**

                              **Plaintiff,**        **COMPLAINT**
              **-against-**

                                                                  **Index No.:**

**John Does 1-40.**

                                  **Defendants.**
-------------------------------------------------------------------x

      Plaintiff, Manchanda Law Offices, PLLC, for its complaint against defendants, John Does 1-40, alleges:

1.      Plaintiff, at all times relevant hereto, was and is a law firm located at either 14 or 80 Wall Street, New York, NY 10005.

2.      Defendants, who choose to remain as anonymous defamatory web posters, have written threatening, defamatory, tortious, slanderous, libelous, inspiring death threats to Plaintiff and his family, harassing comments about Plaintiff and his law firm on www.ripoffreport.com.

3.      Additionally both the terms "Rahul Manchanda" and "Manchanda Law Offices" have been filed with the United States Patent and Trademark Office ("USPTO") for Trademark Protection in case nos. 86/010070 and 86/010076 respectively, and both Google and RipOff Reports use thereof of those terms constitutes trademark infringement and at the very least, contributory liability thereon.

4. Additionally Defendants through their anonymous web postings have tortiously interfered with Plaintiff's ability to enter into new contracts for business;

5. Plaintiff seeks the outright removal and/or website de-listing of the offending website links based on defamation, harassment, terroristic threats, inspiration of death threats, tortuous interference, slander, libel, and trademark infringement.

6. The following website links which are all linked together are the offending ones in question:

Defamatory, Threatening, Harassing, and Infringing Material:

URLs of the defamatory/infringing materials in the search results that should be de-listed immediately:

http://www.ripoffreport.com/r/rahul-manchanda/-internet-/rahul-manchanda-rahul-dev-manchanda-manchanda-law-firmrahul-manchanda-rahul-manchanda-f-1065994

http://www.ripoffreport.com/r/manchanda-law-/new-york-new-york-/manchanda-law-rahul-manchandamanchanda-law-offices-and-associates-unethical-unprofessio-1064943

http://www.ripoffreport.com/r/manchanda-law-/new-york-new-york-/manchanda-law-aka-rahul-manchanda-scammer-as-a-lawyer-new-york-new-york-1063977

http://www.ripoffreport.com/r/manchanda-law-offices-associates-pllc/new-york-new-york-/manchanda-law-offices-associates-pllc-wants-money-before-anything-else-new-york-new-865341

http://www.ripoffreport.com/r/manchanda-law-firm/manhatten-new-york-/manchanda-law-firm-rahul-manchanda-jd-he-tried-to-suduce-me-his-client-and-i-have-the-c-853797

http://www.ripoffreport.com/r/rahul-manchanda-manchanda-law-offices/new-york-new-york-new-york-/rahul-manchanda-manchanda-law-offices-liar-rippoff-thief-criminal-beware-of-this-la-630019

http://www.ripoffreport.com/r/manchanda-law/new-york-new-york-/manchanda-law-scam-expensive-liars-new-york-new-york-446414

http://www.ripoffreport.com/r/manchanda-law/new-york-new-york-/manchanda-law-rahul-manchanda-attorneys-beware-of-this-firm-new-york-new-york-735725

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/the-manchanda-law-offices-dishonest-fraudulent-billing-unknowledgeable-over-priced-new-yor-257251

http://www.ripoffreport.com/r/manchanda-law-offices-pllc/new-york-new-york-/manchanda-law-offices-pllc-pending-case-againts-manchanda-law-offices-new-york-new-york-669904

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-rahul-manchanda-report-him-immediately-new-york-new-york-676696

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-the-king-of-the-scumbags-new-york-new-york-457123

http://www.ripoffreport.com/r/manchanda-law-office/-internet-/manchanda-law-office-unethical-fraudulent-liers-scam-internet-653623

http://www.ripoffreport.com/r/manchanda-law-offices-rahul-manchanda/new-york-new-york-/manchanda-law-offices-rahul-manchanda-lets-unite-and-fight-this-guy-i-already-won-a-fee-337859

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-doesnt-know-what-they-are-doingvery-disappointing-resultsvict-514126

http://www.ripoffreport.com/r/manchanda-law-firm-rahul-manchanda/new-york-new-york-/manchanda-law-firm-rahul-manchanda-rahul-manchanda-ex-employee-telling-the-truth-about-w-610460

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-rahul-manchanda-manchanda-law-rip-off-artist-contact-the-ny-bar-273074

http://www.ripoffreport.com/r/manchanda-rahul-law-office/new-york-new-york-/manchanda-rahul-law-office-let-s-do-something-against-him-he-is-a-criminal-bank-accoun-654295

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-buyer-beware-manchanda-will-rob-you-blindly-new-york-new-yor-590272

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-rahul-manchanda-this-company-is-financially-exploited-all-of-its-cl-274352

http://www.ripoffreport.com/r/manchanda-law-offices-rahul-manchanda/ny-new-york-/manchanda-law-offices-rahul-manchanda-manchanda-took-500000-from-me-under-false-preten-621970

http://www.ripoffreport.com/r/manchanda-law-firm/new-york-new-york-/manchanda-law-firm-rip-off-new-york-new-york-new-york-456678

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/the-manchanda-law-offices-pllc-dishonest-fraudulent-billingclueless-over-priced-new-yor-269410

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-ny-new-york-/the-manchanda-law-offices-pllc-manchanda-law-offices-dishonest-fraudulent-billing-over-p-254940

http://www.ripoffreport.com/r/manchanda-law-office-pllp/new-york-new-york-/manchanda-law-office-pllp-scam-artists-charge-5k-for-emailing-me-talking-on-the-ph-w-th-333009

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-rip-off-misleading-unethical-legal-services-new-york-new-york-342059

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/rahul-manchanda-manchanda-law-offices-dishonest-fraudulent-billing-over-priced-clueless-259950

http://www.ripoffreport.com/r/manchanda-law-firm-rahul-manchanda/2029-century-park-east-california-/manchanda-law-firm-rahul-manchanda-provided-poor-representation-and-misrepresented-itsel-408365

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/rahul-manchanda-incompetent-unprofessional-unethical-very-expensive-and-a-vulture-who-t-321996

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/rahul-manchanda-manchanda-law-offices-he-calls-himself-a-lawyer-now-thats-stretching-it-464927

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/the-manchanda-law-offices-pllc-dishonest-fraud-worthless-cheaters-new-york-new-york-270198

http://www.ripoffreport.com/r/manchanda-law/new-york-new-york-/manchanda-law-offices-worst-immigration-and-deportation-attorney-new-york-new-york-282791

http://www.ripoffreport.com/r/rahul-manchanda-manchanda-law-offices/new-york-new-york-/rahul-manchanda-manchanda-law-offices-he-calls-himself-a-lawyer-now-thats-stretching-it-464890

http://www.ripoffreport.com/r/manchanda-law-offices-pllc/new-york-new-york-/manchanda-law-offices-pllc-dishonest-over-priced-new-york-new-york-568343

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-pllc-do-not-use-this-firm-new-york-new-york-345053

http://www.ripoffreport.com/r/rahul-dev-manchanda/new-york-new-york-/rahul-dev-manchanda-cheated-a-poor-family-of-13000-cursed-out-a-55-yr-old-mother-of-2-vi-401505

http://www.ripoffreport.com/r/manchanda-law-offices-pllc/new-york-new-york-/manchanda-law-offices-pllc-fradulent-charges-and-dishonest-service-hrs-new-york-new-york-269415

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/the-manchanda-law-offices-pllc-dishonest-fraudulent-billing-clueless-over-priced-new-yo-265306

http://www.ripoffreport.com/r/manchanda-law-offices/new-york-new-york-/manchanda-law-offices-fraud-overcharge-harassment-ripoff-new-york-new-york-264999

http://www.ripoffreport.com/r/manchanda-firm/new-york-new-york-/manchanda-law-ripoff-dishonest-fraudulent-billing-not-unknowledgeable-over-priced-new-york-254915

## **AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS**

7.      Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 6 of this Complaint.

8.      Plaintiff seeks website links removal for the above offending links based on defamation/slander/libel/tortious interference/harassment/terroristic/death threats.

**AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANTS**

9. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 6 of this Complaint.

10. Plaintiff seeks website links removal for the above offending links based on either Trademark Infringement or Contributory Liability thereon.

**WHEREFORE,** Plaintiff requests a judgment against Defendants John Does 1-40 as follows:

a. On the first cause of action, a judgment declaring that the website postings mentioning "Rahul Manchanda" or "Manchanda Law Offices" on RipOff Report and indexed by Google and other search engines are defamatory/ libelous/ slanderous/ tortiously interfere with contract/ harassing/ death threatening and must be removed/de-listed immediately.

b. On the second cause of action, a judgment declaring that the website postings mentioning "Rahul Manchanda" or "Manchanda Law Offices" on RipOff Report and indexed by Google and other search engines infringe upon Plaintiff trademark protection with the USPTO and are otherwise contributorily liable, and must be removed/de-listed immediately.

      c.      Actual and punitive damages to be determined at trial, and such other and further relief as the Court deems just and proper, including applicable interest and the costs and disbursements of this action.

Dated: New York, NY
       August 14, 2013

                                   _____
                                   Manchanda Law Offices & Associates PLLC
                                   By: Rahul Manchanda, Esq.
                                   14 Wall Street, 20th Floor
                                   New York, NY 10005
                                   (212) 968-8600

## ATTORNEY CERTIFICATION OF SERVICE

On August 14, 2013 the undersigned did deliver a copy of the attached complete Summons and Complaint to Defendants John Does 1-40 by US Mail in care of the website RipOff Report (www.ripoffreport.com) to:

**Ripoff Report**
PO Box 310
Tempe, Arizona, 85280
Tel: 602-359-4357

_____
Rahul Manchanda, Esq.
Manchanda Law Offices & Associates PLLC
14 Wall Street 20th Floor
New York, NY 10005
Tel: (212) 968-8600
Fax; (212) 968-8601