UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rahul Manchanda,<br><br>Plaintiff,<br><br>-against-<br><br>Google, Yahoo, and Microsoft Bing,<br><br>Defendants. | No. 16-cv-3350 (JPO)(JCF)<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon: the accompanying memorandum of law; the supporting declaration of Richard S. Goldstein, and the exhibits submitted therewith; and the Request for Judicial Notice, and the exhibits submitted therewith, the undersigned will move this Court, before the Honorable J. Paul Oetken, United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint as against Microsoft Corporation.

Dated: New York, New York
       June 13, 2016

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/ Richard S. Goldstein
       Richard S. Goldstein

51 West 52nd Street
New York, NY  10019-6142
(212) 506-5000

Attorneys for Defendant
Microsoft Corporation