# EXHIBIT 1

  

**MAIN**    **BROWSE TERMS**    **DID YOU KNOW?**    **QUICK REFERENCE**    **ALL CATEGORIES**    **STUDY GUIDES**    **BLOG**    **ABOUT**



Main » TERM » U »

# URL - Uniform Resource Locator

Like  978    Tweet  160

**Related Terms**

By *Vangie Beal*

URL is the abbreviation of *Uniform Resource Locator*. URL is the global address of documents and other resources on the World Wide Web.

### Parts of a URL

The first part of the URL is called a *protocol identifier* and it indicates what protocol to use, and the second part is called a *resource name* and it specifies the IP address or the domain name where the resource is located. The protocol identifier and the resource name are separated by a colon and two forward slashes.

- Tiny URL
- messy URL
- obfuscated URL
- Google URL shortener
- base URL
- dynamic URL
- PURL
- OpenURL
- URI - Uniform Resource Identifier
- affiliate link

For example, the two URLs below point to two different files at the domain *webopedia.com*. The first specifies an executable file that should be fetched using the FTP protocol; the second specifies a Web page that should be fetched using the HTTP protocol:



**Safeguarding the Internet**
Download Now

     ftp://www.webopedia.com/stuff.exe
     http://www.webopedia.com/index.html

### A URL is a URI

A URL is one type of *Uniform Resource Identifier* (URI); the generic term for all types of names and addresses that refer to objects on the World Wide Web.

The term "Web address" is a synonym for a URL that uses the HTTP or HTTPS protocol.

The Uniform Resource Locator (URL) was developed by Tim Berners-Lee in 1994 and the Internet Engineering Task Force (IETF) URI working group. The URL format is specified in RFC 1738 Uniform Resource Locators (URL).

### Top 5 URL Related Questions

1. What is IP address?
2. What is domain name?
3. What is dynamic URL?
4. What is obfuscated URL?
5. What is OpenURL?



## WEBOPEDIA WEEKLY

Stay up to date on the latest developments in Internet terminology with a free weekly newsletter from Webopedia. Join to subscribe now.

Email address

## LATEST ARTICLES

**8 Agenda Apps to Help Students Stay Organized**
Webopedia's student apps roundup will help you to better organize your class schedule and stay on top of assignments and homework. Read More »

**List of Free Shorten URL Services**
A URL shortener is a way to make a long Web address shorter. Try this list of free services. Read More »

**Top 10 Tech Terms of 2015**
The most popular Webopedia definitions of 2015. Read More »



## General Insurance $18/Mo

The Cheapest General Car Insurance. (Get General Rates from $18/Month!)

○   ○