# EXHIBIT 2

  

MAIN   BROWSE TERMS   DID YOU KNOW?   QUICK REFERENCE   ALL CATEGORIES   STUDY GUIDES   BLOG   ABOUT



Main » TERM » S »

# search engine

Like 293     Tweet     +1 43

By *Vangie Beal*

Search engines are programs that search documents for specified keywords and returns a list of the documents where the keywords were found. A *search engine* is really a general class of programs, however, the term is often used to specifically describe systems like Google, Bing and Yahoo! Search that enable users to search for documents on the World Wide Web.

## Web Search Engines

Typically, Web search engines work by sending out a spider to fetch as many documents as possible. Another program, called an *indexer,* then reads these documents and creates an index based on the words contained in each document. Each search engine uses a proprietary algorithm to create its indices such that, ideally, only meaningful results are returned for each query.

As many website owners rely on search engines to send traffic to their website, and entire industry has grown around the idea of optimizing Web content to improve your placement in search engine results. Learn more about search engine optimization (SEO) in this Webopedia' definition.


**The Challenges of Cloud Integration**
Download Now

*Recommended Reading:* Webopedia's How Web Search Engines Work.

## Common Search Engine Types

In addition to Web search engines other common types of search engines include the following:

- Local (or offline) Search Engine: Designed to be used for offline PC, CDROM or LAN searching usage.
- Metasearch Engine: A search engine that queries other search engines and then combines the results that are received from all.
- Blog Search Engine: A search engine for the blogosphere. Blog search engines only index and provide search results from blogs (Web logs).

**Related Terms**

- search engine optimization (optimizer) - SEO
- SEO services (SEO Service Provider)
- duplicate content - SEO
- SEO Spam
- SEO PR
- video SEO
- Organic SEO
- black hat SEO (search engine optimization)
- white hat SEO (search engine optimization)
- Google Custom Search Engine



## WEBOPEDIA WEEKLY

Stay up to date on the latest developments in Internet terminology with a free weekly newsletter from Webopedia. Join to subscribe now.

Email address

## LATEST ARTICLES

**8 Agenda Apps to Help Students Stay Organized**
Webopedia's student apps roundup will help you to better organize your class schedule and stay on top of assignments and homework. Read More »

**List of Free Shorten URL Services**
A URL shortener is a way to make a long Web address shorter. Try this list of free services. Read More »

**Top 10 Tech Terms of 2015**
The most popular Webopedia definitions of 2015. Read More »

