# EXHIBIT 4

[Enter a term...]

**MAIN**   **BROWSE TERMS**   **DID YOU KNOW?**   **QUICK REFERENCE**   **ALL CATEGORIES**   **STUDY GUIDES**   **BLOG**   **ABOUT**

Main » TERM » P »

# PPC - pay per click

Like 9    Tweet    G+1 2

By *Vangie Beal*

Short for *pay per click*, PPC is an Internet marketing formula used to price online advertisements. In PPC programs the online advertisers will pay Internet Publishers the agreed upon PPC rate when an ad is clicked on, regardless if a sale is made or not.

With pay per click in search engine advertising, the advertiser would typically bid on a keyword so the PPC rate changes. On single website -- or network of content websites -- the site publisher would usually set a fixed pay per click rate. *Also called* cost-per-click *(CPC).*

### Related Terms

- click fraud
- CPC - cost-per-click
- pay-per-sale
- pay-per-lead
- Average Revenue Per User
- CPO
- ppi
- bps
- click-through rate
- click

**2016 eCommerce Predictions: The Gap Widens**
Download Now

### What do you think about this?

▲ Interesting   21    ▼ Not Interesting

| PREVIOUS | NEXT |
|---|---|
| PowerShell Direct | PPCP |

### Related Links

- E-Commerce Guide
- ClickZ Internet: Internet Marketing Solutions for Marketers
- Pay Per Click Universe
- Seven Pay Per Click Mistakes to Avoid

**TECH RESOURCES FROM OUR PARTNERS**

## WEBOPEDIA WEEKLY

Stay up to date on the latest developments in Internet terminology with a free weekly newsletter from Webopedia. Join to subscribe now.

Email address

## LATEST ARTICLES

**8 Agenda Apps to Help Students Stay Organized**
Webopedia's student apps roundup will help you to better organize your class schedule and stay on top of assignments and homework. Read More »

**List of Free Shorten URL Services**
A URL shortener is a way to make a long Web address shorter. Try this list of free services. Read More »

**Top 10 Tech Terms of 2015**
The most popular Webopedia definitions of 2015. Read More »

