# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rahul Manchanda,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>Google, Yahoo, and Microsoft Bing,<br><br>　　　　　　　Defendants. | No. 16-cv-3350 (JPO)(JCF)<br><br>**DECLARATION OF RICHARD S. GOLDSTEIN IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION TO DISMISS** |

I, Richard S. Goldstein, pursuant to 28 U.S.C. § 1746, declare as follows:

　　　1.　　I am a Partner in the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for defendant Microsoft Corporation {"Microsoft") in this action. I submit this declaration in support of Microsoft's Motion to Dismiss Plaintiff's Complaint, to provide the Court with copies of two of the five Web pages identified by their URLs in Paragraph 7 of the Complaint, which are integral to Plaintiff's claims. Copies of the other Web pages mentioned in Paragraph 7 are attached to defendant Yahoo Inc.'s Request for Judicial Notice. Dkt. Nos. 29-1, Exs. 2-5.

　　　2.　　Attached hereto as Exhibit 1 is a true and correct copy of the Web page located at http://www.ripoffreport.com/reports/directory/rahul-manchanda, last visited on June 13, 2016.

　　　3.　　Attached hereto as Exhibit 2 is a true and correct copy of the Web page located at http://www.scamorg.com/manchanda-law-offices-amp-associates-pllc-cd, last visited on June 13, 2016.

OHSUSA:765347262.1

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2016 in New York, NY.

                                                  /s/ Richard S. Goldstein
                                              RICHARD S. GOLDSTEIN