# EXHIBIT 1

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...



Don't let them get away with it!® Let the truth be known!™

**FILE A REPORT**

Company Name or Report #    SEARCH

Review Latest Reports    Advanced Search    Browse Categories

Total Visits since 1998: **8,820,000,000**    Estimated money Consumers saved since 1998: **$15,432,819,408.75**    Reports filed: **2,058,189**

| Update a Report | Programs & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In the Media | Ripoff Report Investigates | Repair your reputation the right way **Corporate Advocacy Program** | Register or Login |

■ Ripoff Report protects consumers first amendment right to free speech

# Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported

## Company Directory | rahul-manchanda

Approximately **18** Reports Found
Showing 1-18

Wondering if a report is missing? <u>We DO NOT remove reports from our database</u>.

| Date | Title | City, State |
|---|---|---|
| 1, Report #259950<br>Oct 29 2014<br>01:25 PM<br>REBUTTAL | Rahul Manchanda-Manchanda Law Offices Dishonest, Fraudulent billing, Over priced, clueless New York New York<br>Notice of Subpoena<br>Lawyers: Manchanda Law Offices<br>New York, New York | **Author:** Hartford, Connecticut |
| 2, Report #273074<br>Oct 29 2014<br>01:24 PM<br>REBUTTAL | Manchanda Law Offices - Rahul Manchanda - Manchanda Law Rip Off Artist Contact the NY Bar see addresses below New York New York<br>Notice of Subpoena<br>Lawyers: Manchanda Law Offices<br>New York,, New York | **Author:** Ft Myers, Florida |
| 3, Report #464890<br>Oct 28 2014<br>09:20 AM<br>REBUTTAL | Rahul Manchanda - Manchanda Law Offices He calls himself a Lawyer, now thats stretching it New York New York<br>Notice of Subpoena<br>Lawyers: Rahul Manchanda - Manchanda Law Offices<br>New York, New York | **Author:** Hoboken, New Jersey |
| 4, Report #464927<br>Oct 28 2014<br>09:19 AM<br>REBUTTAL | Rahul Manchanda - Manchanda Law Offices He calls himself a Lawyer, now thats stretching it New York New York<br>Notice of Subpoena<br>Lawyers: Manchanda Law Offices<br>New York, New York | **Author:** Hoboken, New Jersey |
| 5, Report #274352<br>Oct 28 2014<br>06:01 AM<br>UPDATE REBUTTAL | Manchanda Law Offices, Rahul Manchanda This company is financially exploited all of its clients New York New York<br>Notice of Subpoena<br>Lawyers: Manchanda Law Offices<br>New York, New York | **Author:** Brooklyn, New York |
| 6, Report #514126<br>Oct 28 2014<br>05:55 AM<br>REBUTTAL | manchanda law offices doesnt know what they are doing...very disappointing results...victimizing clients...good only in collecting money. new york, New York<br>Notice of Subpoena<br>Lawyers: manchanda law offices<br>new york, New York | **Author:** , Saskatchewan |
| 7, Report #610460<br>Oct 28 2014<br>05:54 AM<br>REBUTTAL | Manchanda Law Firm / Rahul Manchanda Rahul Manchanda Ex-employee telling the truth about what goes on at Manchanda Law Offices, PLLC New York, New York<br>Notice of Subpoena<br>Lawyers: Manchanda Law Firm / Rahul Manchanda<br>New York, New York | **Author:** New York, New York |









| | | |
|---|---|---|
| 8, Report #621970<br>Oct 28 2014<br>05:53 AM<br>REBUTTAL | **Manchanda Law Offices, Rahul Manchanda MANCHANDA TOOK $5000.00 FROM ME UNDER FALSE PRETENSES NY, New York**<br>Notice of Subpoena<br>Attorneys & Legal Services: Manchanda Law Offices, Rahul Manchanda<br>NY, New York | **Author:** , New Jersey |
| 9, Report #630019<br>Oct 27 2014<br>08:55 PM<br>REBUTTAL | **Rahul Manchanda - Manchanda Law Offices LIAR, RIPPOFF, THIEF, CRIMINAL ,BEWARE OF THIS LAWYER DO NOT HIRE HIM HE WILL RIP YOU OFF, New York, New York**<br>Notice of Subpoena<br>Lawyers: Rahul Manchanda - Manchanda Law Offices<br>New York, New York, New York | **Author:** , New York |
| 10, Report #676696<br>Oct 27 2014<br>08:54 PM<br>REBUTTAL | **Manchanda Law Offices Rahul Manchanda Report him immediately New York, New York**<br>Notice of Subpoena<br>Lawyers: Manchanda Law Offices<br>New York, New York | **Author:** New York, New York |
| 11, Report #735725<br>Oct 27 2014<br>08:52 PM<br>REBUTTAL | **Manchanda Law Rahul Manchanda Attorneys beware of this firm New York, New York**<br>Notice of Subpoena<br>Lawyers: Manchanda Law<br>New York, New York | **Author:** NY, New York |
| 12, Report #337859<br>Oct 27 2014<br>08:41 PM<br>REBUTTAL | **Manchanda Law Offices, Rahul Manchanda Let's unite and fight this guy. I already won a fee disputes New York New York**<br>Notice of Subpoena<br>Attorneys & Legal Services: Manchanda Law Offices, Rahul Manchanda<br>New York, New York | **Author:** N. Ft Myers, Florida |
| 13, Report #408365<br>Oct 27 2014<br>08:40 PM<br>REBUTTAL | **Manchanda Law Firm / Rahul Manchanda Provided poor representation and misrepresented itself. 2029 Century Park East California**<br>Notice of Subpoena<br>Lawyers: Manchanda Law Firm / Rahul Manchanda<br>2029 Century Park East, California | **Author:** Murrieta, California |
| 14, Report #321996<br>Oct 27 2014<br>08:40 PM<br>REBUTTAL | **Rahul Manchanda Incompetent, Unprofessional, Unethical, VERY Expensive and a vulture who targets the vulnerable New York New York**<br>Notice of Subpoena<br>Attorneys & Legal Services: Manchanda Law Offices<br>New York, New York | **Author:** Long Island, New York |
| 15, Report #853797<br>Oct 27 2014<br>05:17 PM<br>REBUTTAL | **Manchanda Law Firm Rahul Manchanda, JD He tried to suduce me, his client, and I have the conversation on a recording Manhatten, New York**<br>Notice of Subpoena<br>Attorneys & Legal Services: Manchanda Law Firm<br>Manhatten, New York | **Author:** , Internet |
| 16, Report #1063977<br>Oct 27 2014<br>05:16 PM<br>REBUTTAL PHOTOS | **Manchanda Law AKA Rahul Manchanda Scammer as a lawyer New York New York**<br>Notice of Subpoena<br>Legal Services: Manchanda Law<br>New York, New York | **Author:** New york, New York |
| 17, Report #1065994<br>Oct 27 2014<br>05:16 PM<br>REBUTTAL | **Rahul Manchanda Rahul Dev Manchanda Manchanda Law FirmRahul Manchanda Rahul Manchanda - Fraudulent, Divorced Lawyer who has Declared Bankruptcy & is a Proven Criminal New York New York**<br>Notice of Subpoena | |

| | | | |
|---|---|---|---|
| | Attorneys & Legal Services: Rahul Manchanda | | Author: Alabama |
| | Internet | | |
| 18, Report #1064943<br><br>Jul 06 2013<br>08:05 PM<br>REBUTTAL | Manchanda Law Rahul ManchandaManchanda Law Offices and Associates Unethical Unprofessional Disrespectful Attorney New York New York | | |
| | Man hands is really defending himself in here ^^^ | | |
| | Legal Services: Manchanda Law | | Author: New york, New York |
| | New York, New York | | |

Legend

NEW New    UPDATE Updated    REBUTTAL Rebuttal    PHOTOS Photo





| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |

| Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! | Go to Mobile Version of Ripoff Report |

| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |

| Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests |

Copyright © 1998-2016, Ripoff Report. All rights reserved.