# EXHIBIT 2



Search

REPORT SCAM

# Manchanda Law Offices & Associates PLLC

Created: Oct 13, 2014

Like 0    Tweet

| Country | United States |
|---|---|
| State | Chile |
| City | New York |
| Address | 14 Wall St |
| Phone | 212-968-8600 |
| Website | www.manchanda-law.com/ |



## Manchanda Law Offices & Associates PLLC Reviews

Oct 18, 2014 

Dont hire the Manchanda Law Office. May the New York Government Authority cancel all the license of this law firm. May the IRS investigate this law firm's income. May the Bar Association of America disbar these lawyers and this law office itself.

Let us not be afraid of seeking help from the US Government thru this rip off report in putting an end to this law firm. We are many victims of this excessive hidden fees of this law firm. Too excessive hidden fees and very unsatisfactory diappointing results and outcome of their legal services.

Post Reply                                                      Mark as Useful

Oct 18, 2014

If you have an immigration/matrimonial/civil problem, you are stressed out, low in morale and have extra cash at hand and have no idea how to best spend it, there is hope for you. Hire the Law Offices of Manchanda to work for you. I can guarantee, they will help you wipe out your savings, give you more ulcers, stress and make sure your lifespan decreases by ten years, and you will still lose your case.

How? Well, to start with, Mr Manchanda is the most incompetent lawyer in New York City. So that helps. Then he has a knack of finding even dumber attorneys that he knows will not be around for more than 6 months. The first step is the phone call. He will promise the world to you, but make it sound like your case is the most complex case he has ever heard of. He will make sure you sign the retainer - that is the key. He will do everything in his power to make sure you sign the RETAINER. If he has to make you believe that the IRS, the INS (BSCIS), the Fed is after you to deport you... He will tell you he has insiders in these agencies that help him keep a tab on the other party. You have come to Mr Manchanda because you saw his name on some newspaper or on the internet. You have no idea about his credibility. You obviously didn't go there because of a "referral". No sane person in his/her right mind would refer you to him (unless your friend' is not really a friend, but a gritty foe). You have no choice at that point, and you sign the retainer.

Then he starts his magic. He uses his team of illiterates as his surrogates to launch an attack on your retainer money the moment you sign one. He will cook up magic entries in your invoice to make it seem like the office is busy and working on your case day and night. The retainer money will be over in no time, and you will not be told about it; you just get a huge bill in your mail. But then he will have 10 reasons why they ran through your retainer in the first month, and that most of the work is done and that going forward, it shouldn't take a whole lot to get the case resolved.

Then his issues with how he deals with his own staff! I was appalled at the name-calling he did for some of his female-staff members (behind their backs, of course). He would tell you how these new graduates have found the best place to work; and how they all try to extend help over-and-beyond their required duties to stay in his firm; that they would often do things that I can not mention on this forum, And you would obviously believe all that is true because you think he is such a big shot, these girls' (that's one of the more lenient terms he uses for his female staff-members). No wonder the revolving door spins way too fast at his office. If you watch his staff for over 6 months, you wont find a repetition in names.

The guy keeps breaking the attorney-client privacy rule every time you talk to him. He kept on reminding me how a director in Hollywood (I won't disclose his name) had a messy matrimonial case that had international law underpinnings, etc. just to show that he is a big shot. But he fails to realize that he is violating the attorney-client privacy. But you wouldn't care, as you think you are getting a BIG SHOT working for you!

But I could care less about how he deals with his own staff; that's his problem. If he does a good job after over spending by 5-10 times the estimated amount, I can still forgive this creature. But he doesn't deliver on his promises! He loses his case, and you have no choice but to look for other attorneys that can pick up pieces and start all over again. It's a joke he calls himself an attorney. I doubt if he has ever been to the court to see what the judge wants, and what other attorneys do for a living.

To recap:

1. He is INCOMPETENT.

2. He hires fresh graduates that have no idea what they are getting themselves into.

3. He over charges you every month. Once you have signed the retainer, you are stuck in a one-way street.

4. He calls himself an attorney, when he clearly is not. This is obviously a joke (I really doubt the authenticity of the degrees he has; even if he passed those exams, that doesn't make him a good attorney, it gives him a certificate to throw at our face when we question his choice of actions - "I do this for a living, I know what I am doing").

5. He violates attorney-client privacy every time he starts marketing himself. He will also tell you how he is one phone call away from the ex-president of the country.

6. He does name-calling for the female-members of his staff claims they think they are fortunate that they work for him.

7. His staff does not stay with him for more than a few months; that's saying something about his practice, I think.

Post Reply                                                                                                                                Mark as Useful

Oct 18, 2014   ★☆☆☆☆

If you have an immigration/matrimonial/civil problem, you are stressed out, low in morale and have extra cash at hand and have no idea how to best spend it, there is hope for you. Hire the Law Offices of Manchanda to work for you. I can guarantee, they will help you wipe out your savings, give you more ulcers, stress and make sure your lifespan decreases by ten years, and you will still lose your case.

How? Well, to start with, Mr Manchanda is the most incompetent lawyer in New York City. So that helps. Then he has a knack of finding even dumber attorneys that he knows will not be around for more than 6 months. The first step is the phone call. He will promise the world to you, but make it sound like your case is the most complex case he has ever heard of. He will make sure you sign the retainer - that is the key. He will do everything in his power to make sure you sign the RETAINER.

If he has to make you believe that the IRS, the INS (BSCIS), the Fed is after you to deport you... He will tell you he has insiders in these agencies that help him keep a tab on the other party. You have come to Mr Manchanda because you saw his name on some newspaper or on the internet. You have no idea about his credibility. You obviously didn't go there because of a "referral". No sane person in his/her right mind would refer you to him (unless your friend' is not really a friend, but a gritty foe). You have no choice at that point, and you sign the retainer.

Then he starts his magic. He uses his team of illiterates as his surrogates to launch an attack on your retainer money the moment you sign one. He will cook up magic entries in your invoice to make it seem like the office is busy and working on your case day and night. The retainer money will be over in no time, and you will not be told about it; you just get a huge bill in your mail. But then he will have 10 reasons why they ran through your retainer in the first month, and that most of the work is done and that going forward, it shouldn't take a whole lot to get the case resolved.

Then his issues with how he deals with his own staff! I was appalled at the name-calling he did for some of his female-staff members (behind their backs, of course). He would tell you how these new graduates have found the best place to work; and how they all try to extend help over-and-beyond their required duties to stay in his firm; that they would often do things that I can not mention on this forum, And you would obviously believe all that is true because you think he is such a big shot, these girls' (that's one of the more lenient terms he uses for his female staff-members). No wonder the revolving door spins way too fast at his office. If you watch his staff for over 6 months, you wont find a repetition in names.

The guy keeps breaking the attorney-client privacy rule every time you talk to him. He kept on reminding me how a director in

Hollywood (I won't disclose his name) had a messy matrimonial case that had international law underpinnings, etc. just to show that he is a big shot. But he fails to realize that he is violating the attorney-client privacy. But you wouldn't care, as you think you are getting a BIG SHOT working for you!

But I could care less about how he deals with his own staff; that's his problem. If he does a good job after over spending by 5-10 times the estimated amount, I can still forgive this creature. But he doesn't deliver on his promises! He loses his case, and you have no choice but to look for other attorneys that can pick up pieces and start all over again. It's a joke he calls himself an attorney. I doubt if he has ever been to the court to see what the judge wants, and what other attorneys do for a living.

To recap:

1. He is INCOMPETENT.

2. He hires fresh graduates that have no idea what they are getting themselves into.

3. He over charges you every month. Once you have signed the retainer, you are stuck in a one-way street.

4. He calls himself an attorney, when he clearly is not. This is obviously a joke (I really doubt the authenticity of the degrees he has; even if he passed those exams, that doesn't make him a good attorney, it gives him a certificate to throw at our face when we question his choice of actions - "I do this for a living, I know what I am doing").

5. He violates attorney-client privacy every time he starts marketing himself. He will also tell you how he is one phone call away from the ex-president of the country.

6. He does name-calling for the female-members of his staff claims they think they are fortunate that they work for him.

7. His staff does not stay with him for more than a few months; that's saying something about his practice, I think.

Post Reply                                                                                                              Mark as Useful

Oct 17, 2014  ★☆☆☆☆

I worked for Rahul Manchanda and Manchanda Law Offices back when there was no one but him working there. I never thought to question why he had no employees. This was about 3 years or so ago. It was absolutely the worst way I have ever been treated by a boss. He would yell and scream at me, and at the people who worked on the floor of the building. He would smoke cigarettes in his office. The worst of it all is him adding excessive extra hours to billable hours to clients that he did no work on. He told me I was too nice; he wanted me to yell at the clients to get them to pay their bills. The retainer fees I always thought were over expensive and he took every case that came through the door, even if he had no idea how to help them.

This man should be disbarred from working in NY or anywhere else in this country. He steals people's money, and the worst part about it is that he doesn't even care.

Jenny

Brooklyn, New York

U.S.A.

Post Reply                                                                                                                                      Mark as Useful

Oct 17, 2014  ★☆☆☆☆

****** BEWARE***** Do not hire this (LAIR) lawyer to represent you he will rip you off he will take as much money as he can and do absolutely nothing with your case no matter what kind of case you have. I too have been a victim of this law firm. Please file your complaints with the Bar Association the more complaints they have the better the chance of putting out of business. He deserves to be in jail for stealing money from people, taking their hard earned money. HE IS A GOOD LIAR NOT Lawyer. He can never keep a staff long enough in his company because no one likes working for crooked lawyers either. I wish I would of seen and read these complaints before I hired him, it would of saved me a lot of money that he has stolen from me. I believe in KARMA and one day he will get his because I believe GOD sees everything.

PEOPLE PLEASE THESE COMPLAINTS ARE FROM VICTIMS OUT THERE PLEASE DO NOT HIRE HIM AS A LAWYER HE IS DISHONEST AND HE WILL TAKE FROM YOU AS MUCH MONEY AS HE CAN BEFORE YOU CATCH ON TO HIM. All of the testimonies he has on his websites are all written by him or his staff. Good luck in finding a honest lawyer, because you will NOT find it with this law firm.

Post Reply                                                                                                                                      Mark as Useful

Oct 17, 2014

★☆☆☆☆

Attoney Rahul Manchanda of Manchanda Law Offices in NY on 80 Wall Street.

AN ATTORNEY IN NY ON WALL STREET NAMED RAHUL MANCHANDA TOOK $5000.00 FROM ME UNDER FALSE PRETENSES. HE TOLD ME THAT HE CAN HELP ME, BUT LATER HIS FIRM SENT AN INTER-OFFICE MEMO AND CIRCULATED IT TO HIS STAFF STATING THAT THEY COULD NOT HELP ME WITH MY LEGAL PROBLEMS. AFTER I CONSULTED WITH THEM, I TOLD THEM TO WAIT UNTIL I TRANSFER MY MONEY TO ANOTHER ACCOUNT, RATHER THAN WAIT, THEY QUICKLY CASHED MY CHECK JUST IN CASE I CHANGED MY MIND AND THIS CAUSED ME TO INCUR A BANK FEE FOR NON SUFFICIENT FUNDS.

I TOOK RAHUL MANCHANDA TO COURT AND TWO OF HIS LAWYERS LEFT HIM IN THE PROCESS. HE THEN HAD NO CHOICE BUT TO HIRE HIS OWN STAFF TO DEFEND HIM. HE HAD ME SIGN A RETAINER AGREEMENT UNDER FALSE PRETENSES, SINCE THE LAWYERS THAT I INITIALLY CONSULTED WITH PROVIDED ME WITH MISLEADING LEGAL ADVICE TO INDUCE ME TO SIGN A RETAINER AGREEMENT. I SIGNED THE RETAINER AGREEMENT UNDER DURESS AND WITHOUT INFORMED CONSENT. THE LAWYERS THAT I RECEIVED ADVIcE FROM AT MANCHANDA LAW FIRM, WERE NOT EVEN LICENSED BY NJ BAR, FOR THE NJ MATTER THAT I HIRED THEM FOR. I HAVE BEEN FIGHTING MANCHANDA BY MYSELF IN NY CIVIL COURT WITHOUT SUCCESS, BECAUSE HE KEEPS FILING FRIVOLOUS PLEADINGS TO DELAY TRIAL, FOR THE LAST TWO YEARS.

If HE ISSUES ME A FULL REFUND, I WILL REMOVE AND AMEND THIS AD.

IF ANYONE KNOWS OF A PRO BONO ATTORNEY in NY THAT CAN REPRESENT ME IN NY CIVIL COURT against Rahul Manchanda and the Manchanda Law firm to help me get my $5000.00 back, FEEL FREE TO EMAIL ME AT (((email redacted)))

Post Reply                                                                                             Mark as Useful

Oct 17, 2014

Rahul Manchanda is probably the most evil person I have ever met. I am ashamed to say I worked for him for a number of months, in that time I saw over 10 attorneys come and go, over 10 officer managers/paralegal come and go because Rahul Manchanda is an abusive scam artist. He averages approximately one bar complaint per week against him, one fee dispute per week against him, and 2 lawsuits against him per month. He doesn't pay his rent, his taxes, his utilities, his employees, or any other bills.

He has absolutely no knowledge of the law and constantly lies. He hires young attorneys who are just learning and bills them at $350/hour while he pays them $15/hour. Sometimes, he would not even pay us because he doesn't have the money.

He would trick us into overbilling and trick clients into paying more. People literally paid $40,000 for something any other attorney would do for $5000.00

He promised to pay health insurance for one of his pregnant employees, than right before she had her child he canceled her policy retroactively, sticking her with over 10,000 in medical bills to save himself $1000.00. This is when I finally had enough and quit.

Please stay away from him. If you already hired him, please file fee disputes and complaints with the New York State Bar association and please hire other attorneys to sue him. Follow the link below for more information on how to do this. He is an embarassment to the practice of law and any positive comments you read on here were written by him on a fake email. I do not know one client that was happy with his services, in fact they would often beg me to leave the firm and handle their cases on my own. Rahul Manchanda is a disgrace. Here is the link to bar complaints and fee disputes, goodluck:

**Post Reply**                                                                                                Mark as Useful

Oct 16, 2014

This garbage law firm capitalizes on the fact that they located on Wall street but in reality they are over priced, not knowledgeable about simple issues, and charge you up the arse for minor questions.

I had a dreadful experience with them, I did some immigration work with them and for simple questions these lawyers had to call third parties to confirm it.

Beware of the retainer they make you sign, read this one part in there which says

'Attorney researves the right to associate other counsel billable to client'

This basically means they can charge you extra for whatever they feel like, for my case I was billed for talking even to the Paralegal, the reason why i spoke to her is because these scum bag lawyers will never talk to you over the phone and I had to call back and forth to get a hold of them instead I talk to the paralegal.

I was reffered to this firm by a brokerage company to do my H1 B visa, and myself being in a desperate situation, I hurried up by just siging the retainer without reading it, ended up paying much more than how much it costs. They are worthless godless people, who take advantage of immigrants.

Fyi : thier law staff keeps on changing all the time, which should be a red flag to begin with.

Post Reply                                                                                                Mark as Useful

Oct 16, 2014

Rahul Manchanda of Manchanda Law Office, PLLC is a scam artist, do not send them money. The make bogus bills and charge for what they have not done. You will lose your entire retainer.

If you have had an encounter with them file a complaint and put these crooks out of business.

You can file a complaint with the NY Bar Deptartment Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department, 61 Broadway, NY, NY 10006. Phone 212-401-0800, fax 212-401-0810

Also file a complaint with: Joint Committee On Fee Disputes and Reconciliation, 14 Vesey Street, NY, NY 10007 Ph. 212-267-6646, ext 207, Fax 212-406-9252

Do not let these people bully you. Be heard. You work hard for your money, the people that you hire ina time of need should not steal it from you!

Post Reply                                                                                                Mark as Useful

Oct 16, 2014  ★☆☆☆☆

You have to love the internet, I have read all the posts regarding this firm. I just wished I had done so earlier, to avoid this firm and Rahul.

I hope people start to read these posts about them, please search this website more for some real insight into this law firm. They are lairs and cheaters, Everything that has been mentioned on this website is the truth.

I also called them many times to ask questions but neever was able to speak to them. I believe that being a client, I should have atleast been able to speak to them, since they were represeneing me. Instead I had to email these people for asking questions. After signing the retainer agreement they stopped responding to my calls, and never bothered ask .

I hope Manchanda Law, and Rahul Manchanda and all the businesses affaliated with them realize the cons they really are. They billed me for some outrageous hours, when I called to ask what i was being billed for, all they said was that I had signed the retainer and that I have to pay my bills.

Please stay away from this law firm, and search this website for other stories of people who had to deal with this firm. More so one of his ex employees have posted aganist them. I hope you rotten people go to hell.

Post Reply     Mark as Useful

Oct 16, 2014  ★☆☆☆☆

Like a ton of other naive, clueless attorneys, I had never heard of Manchanda Law before. Somehow it is a stellar law firm (by his own website) yet no one has heard of it. Yeah right.

Basically, working there is like hell on earth. Rahul is a no talent tyrant. He does not know anything about immigration law or really anything else. His firm is a laughing stock among the immigration legal community. Once you get in, you will be out ASAP. Almost everyone including attorneys LEAVE within a couple of months.

He will try to not pay you (why I left), bully, and degrade you. Please don't take his BS because this loser does not have a leg to stand on. If he threatens to sue and/or file a complaint, remember that he is being constantly sued and has had tons of complaints against him. So much for a "reputable" law firm.

Everything former clients have written is 100% true. Please continue to complain and sue this idiot. He will eventually be disbarred by your efforts. Remember always seek an attorney based on word of mouth or a referral, don't go to an attorney because you saw an ad on the internet.

I feel bad that I even worked there for one day. Of course, never write it on your resume when you leave as it will be a huge stain. And please spread the word among other attorneys, especially younger attorneys. It's easy to want to forget such a bad experience and move on.

Post Reply     Mark as Useful

Oct 16, 2014

Do not pay him a penny. You should ask for a line-by-line analysis of EVERY charge on your file. If anything, he should pay you some money back from the 5k retainer, but as many people have reported, once you sign the retainer, you are telling him - here is my credit card number, go to town with it!

He HAS to send you all the charges. Don't worry, he cant call collection agency for this frivolous charge. Don't hire an attorney, just report him to the NY BAR anyway - whether he returns your money from 5k or not - something I should have done but was too tired at the end of my long ordeal.

He will threaten you that he will put you behind bar, or he will use his contacts in FBI to stalk you or he will deport you (if you are not a US Citizen yet). Do not let him scare you. He is a pr**k who feeds on the vulnerabilities of people in distress.

Post Reply                                                                                                                    Mark as Useful

Oct 15, 2014

A lot has been written about Rahul Manchanda - as in - what a fraudulent & terrible lawyer he is. How he has defrauded his own employees and clients. All of that is true. However, nothing has been written about how his own law firm has declared bankruptcy, and how he is mistreating his own family (his wife and children).

Yes, Manchanda Law Firm has filed for bankruptcy.

On top, Rahul Manchanda has been harrassing his own wife and children. He is not only a fraudulent lawyer, but, he is also a bad husband and a father --- and that too a bankrupt one.

Be careful and hope this nightmare of a guy is closed down, and moves to Guantanamo.

Post Reply                                                                                                                    Mark as Useful

Oct 15, 2014

Mr Rahul Manchanda is a scam artist.. He takes adavatage of clients that are in desperate need of Immigration services. He thinks his clients are atm machines. He does abosulty nothing and wants money every week.. He sits on his lazy ass and expects clients to fill there own forms and he collects there money.. I advise you stay far away from his scam artist cause all he is going to do is take your money and do nothng for you !!!

Post Reply                                                                                                                    Mark as Useful

Oct 15, 2014

I hired Rahul Manchanda to look out for my interests when I reported what I knew about my ex-husband to the FBI. After this meeting occurred, and while I was still his client, he would call me at all hours of the night (most on recording). At that time, he was married and going through a divorce, and his wife was in the room next, or close, to him.

These conversations, as they went along, progressed to him trying to suduce me to come to New York to have meetings in hotels and sex with him to literally phone sex. (YUCK!) He would talk extensively about he wanted me to suck him off, be naked for him so he could lather food all over my body that he could eat off of me while he drank champaign, and for him to f*ck me in my a**. When I called him down on it, after getting my recording to document the conversation, he wrote the following email to me:

Post Reply                                                                                                           Mark as Useful

# Write a Review about Manchanda Law Offices & Associates PLLC

Review Title:

Your Rating (1 star is bad, 5 stars is good):

Review Details

Security Code:

EHPN

Your email address (optional):

Submit Review

Contact us | Terms of Use | © scam.org.com