UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL MANCHANDA,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE, YAHOO,<br>MICROSOFT BING,<br><br>        Defendants. | Case No. 1:16-cv-03350-JPO-JCF |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Google Inc.'s Motion to Dismiss, and all prior pleadings and proceedings had herein, Defendant Google Inc. ("Google"), by and through its undersigned counsel, will move this Court, before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court, 40 Foley Street, Courtroom 706, New York, New York, 10007, at a date and time to be determined by the Court, for an order granting Google's Motion to Dismiss in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Procedure, and for such other and further relief as deemed just and proper by this Court.

    This Motion is supported by the attached Memorandum, any papers submitted in reply to any opposition to this Motion, facts of which this Court may take judicial notice, all prior pleadings and proceedings, arguments of counsel if any, and any other matters as may properly come before this Court.

Dated: June 13, 2016

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


　　　　/s/ Stephen N. Gikow
STEPHEN N. GIKOW

One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947.2000
Facsimile: (415) 947-2099
Email: sgikow@wsgr.com

*Counsel for Defendant Google Inc.*