USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAHUL MANCHANDA,
                       Plaintiff,

-against-

GOOGLE, YAHOO, and MICROSOFT BING,
                       Defendants.
-----------------------------------------------------------X

16 CIVIL 3350 (JPO)

**JUDGMENT**

      Defendants Google, Yahoo and Microsoft Bing having filed three motions to dismiss and Plaintiff having filed a motion for sanctions, and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on November 16, 2016, having rendered its Opinion and Order granting Defendant Yahoo's motion to dismiss, granting Defendant Microsoft's motion to dismiss, granting Defendant Google's motion to dismiss and denying Plaintiff's motions for sanctions; and directing the Clerk of Court to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2016, Defendant Yahoo's motion to dismiss is granted, Defendant Microsoft's motion to dismiss is granted, Defendant Google's motion to dismiss is granted, and Plaintiff's motion for sanctions is denied; accordingly, the case is closed.

**Dated:** New York, New York
           November 17, 2016

                                                  RUBY J. KRAJICK
                                                    Clerk of Court
                 BY:
                                                    Deputy Clerk