

# InfoCuria - Case-law of the Court of Justice

English (en)



## List of results

**Start printing** 

**Note of criteria selected:**
Case number = C-131/12


**Modify the search**

| List of results by case | List of documents |
|---|---|

Search result: 1 case(s)

| 1/1 | **C-131/12 - Google Spain and Google** | **[Case closed]** |
|---|---|---|

**Main proceedings**

**Judgment of the Court (Grand Chamber) of 13 May 2014.**
**Google Spain SL and Google Inc. v Agencia Española de Protección de Datos (AEPD) and Mario Costeja González.**
Reference for a preliminary ruling: Audiencia Nacional - Spain.
Personal data - Protection of individuals with regard to the processing of such data - Directive 95/46/EC - Articles 2, 4, 12 and 14 - Material and territorial scope - Internet search engines - Processing of data contained on websites - Searching for, indexing and storage of such data - Responsibility of the operator of the search engine - Establishment on the territory of a Member State - Extent of that operator's obligations and of the data subject's rights - Charter of Fundamental Rights of the European Union - Articles 7 and 8.
Case C-131/12.

**Reports of Cases**
**published in the electronic Reports of Cases (Court Reports - general)**

**Links to the texts**

| | Curia | EUR-Lex |
|---|---|---|
| **Judgment** ECLI:EU:C:2014:317 | 📄 | |
| **Opinion** ECLI:EU:C:2013:424 | 📄 | |

◁◁ ◁ **1** / 1 Pages ▷ ▷▷

Cited in Martin and v. Google 16CV3358 December 6/16 Against which is 6/16. This document is protected by copyright permission. Further reproduction is prohibited without permission.