**MANDATE**

N.Y.S.D. Case #
16-cv-3350(JPO)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand and sixteen,

_____

Rahul Manchanda,

    Plaintiff - Appellant,

v.

Google, Yahoo! Inc., Microsoft Corporation, Microsoft Bing,

    Defendants - Appellees.
_____

**ORDER**
Docket Number: 16-3878

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2017

A notice of appeal was filed on November 17, 2016. Appellant's Form C and D, due December 1, 2016. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 3, 2017 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/16/2017